# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, and <br><br> OKLAHOMA WESLEYAN UNIVERSITY, <br>　2201 Silver Lake Rd. <br>　Bartlesville, OK 74006, <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br> CATHERINE E. LHAMON, in her official capacity as Assistant Secretary for Civil Rights, United States Department of Education, Office for Civil Rights, <br>　400 Maryland Avenue SW <br>　Washington, DC 20202, and <br><br> OFFICE FOR CIVIL RIGHTS, <br> U.S. DEPARTMENT OF EDUCATION, <br>　400 Maryland Avenue SW <br>　Washington, DC 20202, and <br><br> JOHN B. KING, JR., in his official capacity as United States Secretary of Education, <br>　Office of the Secretary <br>　400 Maryland Avenue SW <br>　Washington, DC 20202, and <br><br> U.S. DEPARTMENT OF EDUCATION, <br>　400 Maryland Avenue SW <br>　Washington, DC 20202, <br><br>　　　　　Defendants. | Civil Action No. 1:16-cv-01158-RC |

**CERTIFICATE REQUIRED BY FRCP 7.1 AND CIVIL RULE 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned counsel of record for Plaintiff Oklahoma Wesleyan University, certify that Plaintiff Oklahoma Wesleyan University has no stock that is owned by a parent corporation or publicly held corporation.  I further certify that to the best of my knowledge and belief, Plaintiff Oklahoma Wesleyan University has no parent companies, subsidiaries or affiliates with any outstanding securities in the hands of the public.

        Respectfully submitted,

_____
Justin Dillon (DC Bar No. 502322)
Christopher C. Muha (DC Bar No. 987116)
KAISERDILLON PLLC
1401 K Street NW, Suite 600
Washington, D.C. 20005
T: (202) 640-2850
F: (202) 280-1034
jdillon@kaiserdillon.com
cmuha@kaiserdillon.com

*Attorneys for Plaintiffs*