IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>  Plaintiff,<br><br> v.<br><br>CATHERINE E. LHAMON, in her official capacity as Assistant Secretary for Civil Rights, United States Department of Education, *et al.*,<br><br>  Defendants. | Case No. 1:16-cv-01158 (RC) |

**JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE**

  Plaintiffs and Defendants respectfully move to establish a briefing schedule on pending and expected motions. In support of their motion, the parties state as follows:

  1. On September 1, 2016, Defendants filed a Motion to Dismiss the Amended Complaint. See ECF No. 19 (the "Motion to Dismiss").

  2. Pursuant to Federal Rule of Civil Procedure 6(d) and Civil Rule 7(b) of the Rules of the United States District Court for the District of Columbia, Plaintiffs have 17 days to respond to that motion. The response to that motion is therefore due on Monday, September 19, 2016.

  3. Plaintiffs intend to cross-move for summary judgment, believing there to be no genuine issues of material fact in dispute.

  4. If Plaintiffs cross-move for summary judgment before the Court has resolved Defendants' pending motion to dismiss for lack of subject matter jurisdiction, Defendants intend to move to defer or stay briefing on Plaintiffs' cross-motion until the Court has determined whether it has jurisdiction to consider Plaintiffs' claims. In addition, after reviewing Plaintiffs'

anticipated cross-motion for summary judgment, Defendants may respond by seeking an appropriate order under Rule 56(d) of the Federal Rules of Civil Procedure, which may include, *inter alia*, an order allowing Defendants time to take discovery relating to their jurisdictional defenses.

5.  Notwithstanding their disagreement regarding the efficiency of summary judgment briefing at this time, in the interests of efficiency and the orderly presentation of argument, the parties move to synchronize their briefing on the Motion to Dismiss and, if responsive briefing is required by the Court, Plaintiffs' motion for summary judgment.

6.  The parties therefore request that Plaintiffs be given approximately 60 days to respond to the Motion to Dismiss and to file any motion for summary judgment; that Defendants be given approximately 45 days to reply in support of the Motion to Dismiss and to file their response (if any) to any motion for summary judgment; and that Plaintiffs be granted approximately 30 days to file their reply (if any) in support of any motion for summary judgment.

WHEREFORE, the parties respectfully request that the following briefing deadlines be established in this matter:

<u>Tuesday, November 1:</u>   1. Plaintiffs' response to the Motion to Dismiss
                            2. Plaintiffs' motion for summary judgment

<u>Friday, December 16:</u>   1. Defendants' reply regarding the Motion to Dismiss
                            2. Defendants' response (if any) to summary judgment motion

<u>Monday, January 16:</u>    1. Plaintiffs' reply (if any) regarding summary judgment

Dated: September 9, 2016                                         Respectfully submitted,


_____/s/_____
Justin Dillon (DC Bar No. 502322)
Christopher C. Muha (DC Bar No. 987116)
KAISERDILLON PLLC
1401 K Street NW, Suite 600
Washington, D.C. 20005
T: (202) 640-2850
F: (202) 280-1034
jdillon@kaiserdillon.com
cmuha@kaiserdillon.com
*Attorneys for Plaintiffs*


BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

JENNIFER D. RICKETTS
Director
Federal Programs Branch

SHEILA M. LIEBER
Deputy Director
Federal Programs Branch

 /s/ Matthew J. Berns
MATTHEW J. BERNS
Trial Attorney (D.C. Bar No. 998094)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
Telephone: (202) 616-8016
Matthew.J.Berns@usdoj.gov
*Counsel for Defendants*