## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

JOHN DOE, and

OKLAHOMA WESLEYAN
UNIVERSITY,

      Plaintiffs,               Case No. 1:16-cv-01158 (RC)

      v.

CATHERINE E. LHAMON, in her official
capacity as Assistant Secretary for Civil
Rights, United States Department of
Education, *et al.*,

      Defendants.

## DECLARATION OF DR. EVERETT PIPER

I, Dr. Everett Piper, hereby declare as follows:

1.  I am over the age of eighteen (18), and I have personal knowledge of the information stated herein.

2.  Since August of 2002, I have been the President of Plaintiff Oklahoma Wesleyan University ("OKWU").

3.  OKWU currently enrolls approximately 1,700 students.

4.  OKWU is a religious school, whose mission is to model "a way of thought, a way of life, and a way of faith. It is a place of serious study, honest questions, and critical engagement, all in the context of a liberal arts community that honors the Primacy of Jesus Christ, the Priority of Scripture, the Pursuit of Truth, and the Practice of Wisdom."

5.  OKWU is affiliated with The Wesleyan Church, a Christian denomination with a historical commitment and sensitivity to treating all persons fairly and as persons created

in the image of God.  That commitment is informed by scripture and the historical

tradition of the church.

6.   Consistent with its religious beliefs, engaging in premarital or extramarital sex, or

drinking alcohol, is a violation of OKWU's codes of conduct for students, faculty, staff,

and administration.

7.   OKWU is in compliance with significant parts of the 2011 DCL.  It has a

designated Title IX Coordinator (its Vice President for Student Development) who, along

with his staff, has received training to allow him to carry out his responsibilities as

OKWU's Title IX Coordinator.  OKWU has also posted contact information for its

students to report any incidents of sexual harassment, including sexual assault.  It has a

disciplinary system in place for handling incidents of student misconduct.  It has a stated

policy of separating alleged victims from alleged assailants as much as possible.

8.   OKWU is not in compliance with all requirements of the 2011 DCL, however.  It

does not currently apply a "preponderance of the evidence" standard in sexual

misconduct proceedings.

9.   OKWU believes that the best way to ensure that any of its students involved in an

alleged incident of sexual misconduct, whether as a victim of assault or one accused of

committing assault, receive fundamental fairness is for those incidents to be resolved

through the law enforcement and criminal justice system.  OKWU lacks the investigatory

tools, professional training and experience to investigate such incidents competently on

behalf of assault victims and worries that an incompetent investigation might pollute any

law enforcement investigation.  OKWU also believes that alleged victims of sexual

assault should be entitled to the protections, support, and privacy afforded them by the

criminal justice system. In addition, students accused of sexual assault should have the entire range of procedural protections afforded them by the criminal justice system if they are to have a full and fair chance to defend themselves against such serious allegations.

10.  OKWU is a small school that manages its budget tightly in an effort to keep tuition and fees as affordable as possible.  The time and resources required to adequately investigate claims as serious as sexual assault, to adjudicate them in a context that provides accused students an adequate range of procedural protections, including the right to discovery, and to train staff to manage that process competently would require the commitment of substantial resources, if it is possible to do at all.

11. In order to strike the best possible balance between its inability to conduct adequate investigations on behalf of victims and to provide accused students with an adequate range of procedural safeguards against the risk of false convictions, OKWU would like the freedom to make "clear and convincing evidence," rather than "preponderance of the evidence," the burden of proof for any sexual misconduct proceedings it is called upon to conduct, and to let both the accuser and the accused cross-examine each other in any such proceedings.

12. OKWU is acutely aware of the steps OCR has taken to impose the requirements of the 2011 DCL on the nation's colleges and universities and the negative consequences those enforcement actions have had on, in particular, schools that are similar to OKWU, including loss of privacy for the victims, irreparable damage to both parties' reputations, and countersuits from expelled students.  OKWU is also aware that the statute of limitations on its ability to challenge the 2011 DCL is April 2017.  OKWU fears that it is just a matter of time before OCR threatens it with an enforcement action.

13. Attached as Exhibit A is a true and correct copy of OKWU's 2016-2017 Student Handbook.


I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.  Executed on this 1st day of November 2016.

_____
Dr. Everett Piper

# Exhibit A



# Student Handbook 2016-2017

[Revised August 18, 2016]

# Table of Contents

HISTORICAL SKETCH OF OKLAHOMA WESLEYAN UNIVERSITY .................................................................. 8

OKWU MISSION ............................................................................................................................................... 8
Mission for Oklahoma Wesleyan University ............................................................................................... 8
The Four Pillars of the OKWU Mission ....................................................................................................... 8

INSTITUTIONAL GOALS ................................................................................................................................ 9
The University Sets Forth the Following Goals ........................................................................................... 9

OKWU OBJECTIVES ....................................................................................................................................... 9
Intellectual .................................................................................................................................................. 9
Physical ..................................................................................................................................................... 10
Social ........................................................................................................................................................ 10
Spiritual .................................................................................................................................................... 10

DOCTRINAL STATEMENT .......................................................................................................................... 10
WE BELIEVE: ............................................................................................................................................ 10

COMMUNITY FOUNDATIONS – HOLINESS AND HOLY LIVING ............................................................. 10

STUDENT LIFE AFFIRMATIONS ................................................................................................................ 11
We affirm the Dignity of the Human Spirit ............................................................................................... 11
We affirm the Sanctity of the Human Body .............................................................................................. 11
We affirm the Priority of Learning ........................................................................................................... 11
We affirm the Distinctiveness of Our Community ..................................................................................... 12

ACADEMIC LIFE ........................................................................................................................................... 13
Academic Honesty .................................................................................................................................... 13
Cheating .................................................................................................................................................... 13
Plagiarism ................................................................................................................................................. 13
Academic Probation .................................................................................................................................. 14
Attendance Policy ..................................................................................................................................... 14
Grading System ........................................................................................................................................ 14
Grade Points ............................................................................................................................................. 14
Letter Grade Point System ....................................................................................................................... 15
Honors ...................................................................................................................................................... 15
Withdrawal from the University ............................................................................................................... 15

REGISTRAR'S OFFICE .................................................................................................................................. 15
WebAccess – Grades and Class Schedules ................................................................................................ 15
Transcript Requests .................................................................................................................................. 16
University Catalog ..................................................................................................................................... 16
Financial Aid ............................................................................................................................................. 16
Work Study ............................................................................................................................................... 16
Family Educational Rights and Privacy Act .............................................................................................. 16

CHARLES AND JANICE DRAKE LIBRARY .................................................................................................. 17
Audio/Visual Resources ............................................................................................................................ 17
Laptops & Printing .................................................................................................................................... 17
Library Hours ............................................................................................................................................ 17

BOOKSTORE ................................................................................................................................................. 17

STUDENT ACADEMIC SERVICES (SAS) ...................................................................................................... 18
Probation Services and Expectations ........................................................................................................ 18

CAREER ASSISTANCE ......................................................................................................................... 19
REFERENCE MATERIALS .................................................................................................................... 19
TESTING ........................................................................................................................................... 19
TUTORING ........................................................................................................................................ 19
SAS HOURS ...................................................................................................................................... 19
ACADEMIC ADVISING ........................................................................................................................ 19
SERVICES FOR STUDENTS WITH DISABILITIES ....................................................................................... 19
    *Disability Laws In Postsecondary Education* ........................................................................... 19
    *The Rehabilitation Act* ........................................................................................................... 20
    *The Americans with Disability Act (ADA)* ............................................................................... 20
    *The ADA in Relation to Section 504 of the Rehabilitation Act :* ............................................. 20
    *Admittance To Oklahoma Wesleyan University* ...................................................................... 20
    *SAS Disability Services Program* ............................................................................................ 20
    *Eligibility For Services* ............................................................................................................ 21
    *Accommodations & Services* ................................................................................................... 21
    *Academic Accommodation & Modification Forms* .................................................................. 21
    *Reasonable Accommodations* ................................................................................................. 21
    *Audio Book Policy* .................................................................................................................. 22
    *Exam Accommodations Policy* ................................................................................................ 22
    *The Documentation of a Disability* ........................................................................................ 22
    *Documentation Guidelines* ..................................................................................................... 23
    *Documentation Guidelines for Attention Deficit/Hyperactive Disorder* ................................ 23
    *Documentation Guidelines for Specific Learning Disability* .................................................... 24
    *Documentation Guidelines for Blind or Low Vision* ............................................................... 24
    *Documentation Guidelines for Physical Disabilities and Systemic Illnesses* ........................... 25
    *Documentation Guidelines for Psychiatric or Psychological Disabilities* ................................ 25
    *Documentation Guidelines for Head Injury/Traumatic Brain Injury* ...................................... 26
    *Responsibilities of the Student* ............................................................................................... 26
    *Basic Expectations Of Student* ............................................................................................... 27
    *Responsibilities of the Teacher* .............................................................................................. 27
    *Grievance Procedure For Student Accommodations* .............................................................. 27
    *Confidentiality* ....................................................................................................................... 28
**COMMUNITY LIFE** ........................................................................................................................ **28**
CAMPUS SAFETY ............................................................................................................................... 28
FACILITIES ........................................................................................................................................ 28
FIREARMS AND WEAPONS ................................................................................................................. 29
CAMPUS LAKE .................................................................................................................................. 29
CROSSWALK USAGE POLICY .............................................................................................................. 29
PARKING PROCEDURES AND REGULATIONS ......................................................................................... 29
    *Appeals* ................................................................................................................................... 29
    *Designated Parking* ................................................................................................................ 29
    *Liability* .................................................................................................................................. 29
    *Motor Vehicle Ownership* ....................................................................................................... 29
    *Parking Fines* .......................................................................................................................... 30
    *Registration and Parking Permits* ........................................................................................... 30
    *Regulations* ............................................................................................................................. 30
    *Traffic Fines* ............................................................................................................................ 30
    *Traffic Regulations* ................................................................................................................. 30
    *Violations and Penalties* ......................................................................................................... 30
    *Property* .................................................................................................................................. 30
    *Safety Precautions* .................................................................................................................. 31
FIRE DRILLS ..................................................................................................................................... 31
FIRE EVACUATION PROCEDURE .......................................................................................................... 31
    *Fire Safety Equipment* ............................................................................................................ 31

INCLEMENT WEATHER...................................................................................................32
    Tornado Alert Procedures....................................................................................32
    Tornado Shelter/Safety.........................................................................................32
FIREWORKS...................................................................................................................32
UNUSUAL ABSENCES.....................................................................................................32
MISSING STUDENT POLICY & PROCEDURES..................................................................32
COMPUTER/TECHNOLOGY POLICIES.............................................................................33
    Internet Usage Policy...........................................................................................34
    Your OKWUstudents Account...............................................................................34
    Webaccess............................................................................................................35
    Email....................................................................................................................35
    Library Computers...............................................................................................35
    Wireless Network..................................................................................................35
    Student Email Policy & Procedures.....................................................................35
    Fundraising using email.......................................................................................35
    Game Systems and Other Networked Technology................................................36
    Contact Us............................................................................................................36
NEW STUDENT ORIENTATION (NSO)...........................................................................36
CULTURAL EVENTS.......................................................................................................36
INTERCOLLEGIATE ATHLETICS......................................................................................36
INTRAMURAL ATHLETICS..............................................................................................36
DRAMA AND MUSIC......................................................................................................36
SOCIAL LIFE.................................................................................................................37
SOCIAL NETWORKING..................................................................................................37
STUDENT CLUBS, ORGANIZATIONS AND SPECIAL INTEREST GROUPS............................37
SPIRITUAL LIFE.............................................................................................................38
    Chapel..................................................................................................................38
    Altar.....................................................................................................................39
    Bible Studies and Small Groups..........................................................................39
    Church Attendance...............................................................................................39
    Community Outreach Opportunities.....................................................................39
SPIRITUAL LIFE TEAM..................................................................................................40
STUDENT GOVERNMENT ORGANIZATION.....................................................................40
STUDENT PUBLICATIONS..............................................................................................40

**RESIDENTIAL LIFE**..................................................................................................**40**
RESIDENT DIRECTORS (RDs)........................................................................................40
ASSISTANT RESIDENT DIRECTORS (ARDs)....................................................................41
RESIDENT ASSISTANTS (RAs).......................................................................................41
STANDARDS FOR RESIDENCE LIFE................................................................................41
    Cable Television...................................................................................................42
    Television/VCRs/DVD Player...............................................................................42
    Cleanliness & Room Checks.................................................................................42
    Closings................................................................................................................42
    Curfew..................................................................................................................42
    Damages...............................................................................................................43
    Floor Raids...........................................................................................................43
    Guests...................................................................................................................43
    Hall Council.........................................................................................................43
    Lobby Conduct and Hours....................................................................................43
    Lock Outs..............................................................................................................44
    Lost Keys..............................................................................................................44
    Off-Campus Housing............................................................................................44
OPEN HOUSES..............................................................................................................44
    Other Amenities....................................................................................................45

*Overnight Sign Out* .......... 45
PERSONAL SPACE .......... 46
*Personalizing Rooms* .......... 46
*Privacy* .......... 46
*Property Protection* .......... 47
*Quiet Hours* .......... 47
*Courtesy Hours* .......... 47
REGISTRATION AND CHECK-IN, CHECK-OUT .......... 47
*Check-in Procedure* .......... 47
*Check-out Procedure* .......... 48
*Right of Entrance* .......... 48
*Room Assignments* .......... 48
*Room and Board* .......... 48
*Room Furnishings* .......... 48
*Solicitation* .......... 48
*Telephone Service* .......... 49

**CONDUCT EXPECTATIONS** .......... **49**
PENALTIES FOR DRUG LAW VIOLATIONS .......... 49
*FEDERAL STUDENT FINANCIAL AID PENALTIES FOR DRUG LAW VIOLATIONS* .......... 49
*Policies and Programs Concerning Alcohol and Drugs* .......... 50
*Alcohol and Drug Prevention and Counseling Services* .......... 50
*Health Risks of Alcohol and Other Drugs* .......... 50
*Physical and Psychological Dependence and Effects of Specific Drugs* .......... 51
STANDARDS OF CONDUCT .......... 52
*Sanctions the University Will Impose for Alcohol or Drug Violations* .......... 52
*Federal Penalties and Sanctions for Illegal Trafficking and Possession of a Controlled Substance* .......... 53
DISHONESTY .......... 54
DRESS CODE .......... 54
GAMBLING .......... 55
PORNOGRAPHY .......... 55
OBSCENE LANGUAGE, GESTURES & GAMES .......... 55
HARASSMENT .......... 55
PUBLIC DISPLAY OF AFFECTION (PDA) .......... 55
SEXUAL & LEWD CONDUCT .......... 55
HAZING .......... 55
PRACTICAL JOKES & PRANKS .......... 56
INITIATION OF NEW STUDENTS .......... 56

**DISCIPLINARY PROCESS** .......... **56**
DISCIPLINARY PHILOSOPHY .......... 56
SUSPENSION .......... 57
DISMISSAL .......... 57
REMOVAL FROM UNIVERSITY HOUSING .......... 57
BASELINE LEVELS OF DISCIPLINARY ACTIONS .......... 57
SANCTION GUIDELINES AND THE STEPPING PROCESS .......... 59
DRUG TESTING: "REASONABLE SUSPICION" POLICY .......... 59
*Reasonable Suspicion Testing* .......... 59
*Growth Initiative* .......... 60
*Appeal Procedures* .......... 60

**GENERAL INFORMATION** .......... **61**
ALUMNI OFFICE .......... 61
BUILDINGS AND GROUNDS .......... 61
COUNSELING SERVICES .......... 61
DINING COMMONS .......... 62

DOC LACY'S CAMPUS COFFEE HOUSE.................................................................................................... 62
DOC LACY'S HOURS.............................................................................................................................. 62
GAME ROOM...................................................................................................................................... 62
GENERAL OFFICE................................................................................................................................. 62
    *General Office Hours*.................................................................................................................... 63
    *Copy Machines*........................................................................................................................... 63
    *Lost and Found*........................................................................................................................... 63
    *Mail Service*................................................................................................................................ 63
    *Mailboxes*................................................................................................................................... 63
    *Packages*.................................................................................................................................... 63
    *Phone Directory*.......................................................................................................................... 63
    *Switchboard Hours*...................................................................................................................... 63
HEALTH............................................................................................................................................. 63
    *Student Health Office And Medical Attention*................................................................................ 63
    *Medical Forms*............................................................................................................................ 64
    *Physical Exams*........................................................................................................................... 64
    *Immunization Record*.................................................................................................................. 64
    *Consent for Treatment Form*........................................................................................................ 64
    *Scheduling Events & Facilities*..................................................................................................... 64
    *Unresolved Issues & Student Advocacy*......................................................................................... 64
**APPENDICES:**.................................................................................................................................. 64
COMMUNICABLE DISEASE POLICY......................................................................................................... 65
    *Procedures for Individuals Afflicted with a Communicable Disease*.................................................. 65
    *Employees*.................................................................................................................................. 65
    *Students*..................................................................................................................................... 65
COPYRIGHT INFRINGEMENT.................................................................................................................. 66
OFFICIAL POLICY ON A DRUG FREE WORK PLACE.................................................................................... 66
SEXUAL HARASSMENT POLICY.............................................................................................................. 66
    *Complaint Procedures*................................................................................................................. 67
QUESTIONS & CONCERNS..................................................................................................................... 67
CRIME STATISTICS, CAMPUS SECURITY POLICIES, CRIME LOG, AND FIRE LOG............................................ 67
OKLAHOMA WESLEYAN UNIVERSITY SEXUAL ASSAULT POLICY STATEMENT.............................................. 67
    *Sex Offender Registry Information:*............................................................................................... 68
TITLE IX POLICY STATEMENT................................................................................................................ 68

# Historical Sketch of Oklahoma Wesleyan University

The Wesleyan Church founded Oklahoma Wesleyan University in order to provide higher education within a Christian environment for Wesleyan youth. Its predecessor, Bartlesville Wesleyan College, was established on the Bartlesville campus as a result of a series of mergers which included Colorado Springs Bible College, founded in 1910 in Colorado Springs, CO; Pilgrim Bible College, founded in 1917 in Pasadena, CA; and

Holiness Evangelistic Institute, founded in 1932 in El Monte, CA and later named Western Pilgrim College.

In 1959, the Bartlesville campus was purchased and Colorado Springs Bible College was moved to Bartlesville,

OK during the summer. The college, renamed Central Pilgrim College, held its first classes in September

1959. The following fall, Western Pilgrim College was merged with Central Pilgrim College. The name, Bartlesville Wesleyan College, was adopted after the merger of the Wesleyan Methodist and Pilgrim Holiness churches. In the fall of 1972, Miltonvale Wesleyan College, founded by the Wesleyan Methodist Church in

1909, was consolidated with BWC on the Bartlesville campus. Continuing the tradition of constantly improving

the quality of Christian education provided by our antecedent schools, BWC became Oklahoma Wesleyan University in August of 2001.

At the time of consolidation in 1972, both Bartlesville Wesleyan College and Miltonvale Wesleyan College were operating as liberal arts junior colleges and senior colleges with four-year ministerial training programs. During this process of consolidation, a decision was made to create a four-year liberal arts college. In 1974 the

Oklahoma State Regents for Higher Education accredited BWC as a four-year liberal arts, degree-granting institution. In 1978 the college received accreditation from the North Central Association of Colleges and

Schools. This accreditation has been renewed in 1983, 1988, 1991, 1996, 2004, and 2014.

# OKWU Mission

## Mission for Oklahoma Wesleyan University

As an evangelical Christian university of The Wesleyan Church, Oklahoma Wesleyan University models a way of thought, a way of life, and a way of faith. It is a place of serious study, honest questions, and critical engagement, all in the context of a liberal arts community that honors the Primacy of Jesus Christ, the Priority of Scripture, the Pursuit of Truth, and the Practice of Wisdom.

## The Four Pillars of the OKWU Mission

**The Primacy of Jesus Christ…**
…as the incarnate Son of God – the Alpha and Omega, the Beginning and the End – who is the lens for all learning and the Lord of our daily lives.

**The Priority of Scripture…**
…as the inerrant and authoritative written Word of God that guides us in all matters of faith, learning and living.

**The Pursuit of Truth…**
…as an objective, attainable reality, grounded in the person and example of Jesus Christ and anchored in the

8

Bible.

**The Practice of Wisdom…**
…as the goal for all members of the university community, who work to promote healing and wholeness in a broken culture and hurting world.

# Institutional Goals

Oklahoma Wesleyan University is an institution of The Wesleyan Church that has provided training for its youth for over 100 years. The church is interested in quality of education, not only for its youth entering church ministries, but also for students entering other professions. In addition, the school provides educational opportunities for adults in Bartlesville and eastern Oklahoma.

The University recognizes the need for the collegiate experience to provide a thorough and sound education within a Christian philosophy of life. Thus, it is the purpose of Oklahoma Wesleyan University to offer experiences in biblical studies, general studies, business, education, nursing, the arts, sports medicine, the sciences, and pre-professional and professional training in the light of Christian principles.

## The University Sets Forth the Following Goals

1. To serve The Wesleyan Church by providing an educated clergy and laity, loyal to God, emphasizing especially the Wesleyan doctrine of perfect love, an expression of the ministry of the Holy Spirit in and through the life of the Christian.
2. To meet selected educational needs of its supporting communities through regular and special programs and courses.
3. To foster in its faculty, students, and graduates the development of a dynamic social conscience based on God's love for man, on the Christian doctrine of redemption and human worth, on the responsible exercise of personal freedom, and on a commitment of service to other.
4. To provide for the intellectual, physical, social, and spiritual development of all members of the OKWU community.
5. To develop and maintain a community of faculty committed to the principles of biblical Christianity and good scholarship, who seek to integrate these principles in their teaching, and who actively apply them in the activities and relationships of daily living.
6. To seek mutual intellectual, social, cultural, and spiritual benefits through interaction of OKWU and the local community.
7. To interpret through its employees, students, and graduates, the messages of the Church to society and the problems of society to the Church.
8. To maintain a curriculum that follows a basic liberal arts pattern with its commitment to general education while also making a sincere effort to meet the special curricular needs of the professional degree programs offered by OKWU.
9. To help students through all aspects of the educational experience to develop intellectual poise; an inquiring and creative mind; aesthetic appreciation; physical and emotional health; moral, social and religious commitments; and a personal relationship with the triune God: Father, Son, and Holy Spirit.

# OKWU Objectives

Oklahoma Wesleyan University seeks to provide experiences that assist in the development of the following objectives:

## Intellectual

1. To cultivate clarity of thinking, communication skills, critical evaluation, freedom of inquiry, and creative expression.
2. To develop appreciation for cultural heritage as a background to understanding human affairs.

3. To develop awareness that human learning is meaningful in the framework of commitment to truth.
4. To cultivate skills in preparation for occupations in which service to humanity is primary.

### Physical
1. To promote physical and mental health.
2. To develop appreciation for physical exercise.
3. To encourage efficient and satisfying use of leisure time.
4. To foster the spirit of sportsmanship.

### Social
1. To promote the concept of man as an individual of dignity and as a responsible citizen in a free society.
2. To help the student achieve social poise and competence.
3. To instill an awareness of social needs with a proper sense of personal and group responsibility in society.
4. To achieve the ideal of service to mankind.

### Spiritual
1. To develop an appreciation for the Christian faith and philosophy as the basis for interpretation of knowledge in all fields of learning.
2. To foster faith in God, in Christ, and in the Holy Scriptures.
3. To encourage commitment to Jesus Christ as Savior and Lord.
4. To develop personal integrity based on Christian ethics and revealed in righteous conduct.
5. To inspire unselfish service to God and humanity.
6. To strive for a sincere love for persons of all creeds and races.

# Doctrinal Statement

### WE BELIEVE:
1. That the Bible, composed of the Old and New Testaments, is the inspired and inerrant Word of God and is the supreme and final authority in faith and life.
2. That there is one God, eternally existing in three Persons: Father, Son, and Holy Spirit.
3. In Jesus Christ as truly God and truly man, and in His virgin birth, His vicarious death, His bodily resurrection, and His promised second coming.
4. In the personality of the Holy Spirit, and that His ministry is to reveal Christ unto man.
5. That God created man and the universe by special operation of divine power.
6. In the fall of man and the consequent sinful nature of all mankind, which necessitates a divine atonement.
7. In justification by grace through faith and in regeneration by the Holy Spirit, who makes the penitent believer a new creature in Christ. The believer may, through disobedience, fall from grace, and unless he repents, be eternally lost.
8. That entire sanctification is an act of divine grace wrought in the believer through an act of the Holy Spirit whereby He takes full possession, cleanses, and equips for service on condition of total surrender and obedient faith.
9. That the gifts of the Spirit are given to believers as God wills for the purpose of edifying and strengthening believers, and are not in any sense the evidence of the Spirit's fullness, nor are they necessary for salvation. Speaking or praying in an unknown tongue is a questionable practice and is often divisive to the Body of Christ.
10. In the personal existence of Satan.
11. That the scriptures plainly teach the bodily resurrection of the just and the unjust, the everlasting happiness of the saved, and the everlasting and conscious suffering of the lost.
12. That all true Christians, assisted by the Holy Spirit, give evidence of a true faith by their good works and social concern.

# Community Foundations – Holiness and Holy

# Living

Members of our community are encouraged and expected to live by standards that uphold a healthy lifestyle. We encourage all students to follow the scriptural admonition found in 1 Peter 1:16 and 17: "But just as He who called you is holy, so be holy in all you do; for it is written: 'Be holy, because I am holy.'" In our attempt to encourage each student to understand and experience a community that honors the Lordship of Jesus Christ, the faculty, staff, and administration at OKWU will mentor and disciple all students to live a blameless and holy life. Through the balanced use of challenge and support (i.e. informal mentoring relationships and formal institutional discipline) all students will be encouraged to live a Christ-honoring lifestyle.

# Student Life Affirmations

## We affirm the Dignity of the Human Spirit

Within the Christian community, each individual is of inestimable value and worthy of profound respect. This respect should be demonstrated through the appreciation of individual differences. Prejudice, racial or ethnic slurs, gossip, and unsubstantiated statements, the inconsiderate or malicious conveyance of incriminating truth, the willful misrepresentation of truth, and the use of intimidation or physical force damage individual dignity. The indignities against the human spirit cited above cannot be tolerated in a community set apart for total commitment to Jesus Christ.

## We affirm the Sanctity of the Human Body

OKWU affirms a robust view of the dignity of the human being and we, therefore, hold that human Identity is much more than the sum total of human inclinations. We believe the obvious: Human beings can choose their behaviors and are not defined by them.

Building upon these assumptions, OKWU teaches that the human body should be maintained through a balance of the healthiest behavioral choices. Therefore, the use and possession of tobacco products, hallucinogenic drugs, marijuana, narcotics, alcohol, the misuse of prescription drugs or the use of any mood-altering substance and all other similar behaviors are unacceptable and are strictly prohibited on or off campus. An atmosphere of total wellness, devoid of unhealthy, unbalanced behavior is the goal for this community.

Oklahoma Wesleyan University affirms the behavioral choice of heterosexual monogamy within the context of marriage as the healthiest expression of human sexuality. Behavior that promotes, celebrates, or advertises sexual action outside of such parameters is proven, both historically and experientially, to subject men, women, and children to higher risks of sexual dysfunction and sexual disease, and is therefore prohibited. It should also be noted that all members of the OKWU community are obligated by contract to choose sexual expression and behaviors that fully align with the teachings and discipline of the Wesleyan Church. By virtue of their voluntary enrollment, all students, regardless of age, residency, or status, agree to engage in sexual behavior exclusively within the context of marital heterosexual monogamy.

Finally, all human life must be respected and protected from its conception to its completion.

## We affirm the Priority of Learning

Oklahoma Wesleyan University is a living/learning environment committed to the development of the whole person. Through the process of living and learning in this community, certain identifiable outcomes should be realized. These include: a maturing, personal faith in Jesus Christ; a consistency between personal beliefs and behavior; the ability to live in and take responsibility for the community; the skills to effectively manage change; and an awareness of a personal life purpose with the requisite skills to express that purpose in a culturally diverse society.

An environment conducive to lifelong learning must be the responsibility of every individual. Such an

11

environment will foster the development of skills in critical thinking, problem solving, research writing, and fundamental personal disciplines. Aggressive steps should be taken by members of the academic community to ensure it. Excessive noise, disregard for established quiet hours, and insensitivity to the personal needs of fellow students undermine individual progress toward academic goals.

Furthermore, academic dishonesty, by its very nature, is an affront to the process of learning and to the vitality of an academic community. Academic dishonesty is an intentional act of fraud in which a student seeks to claim credit for the work or efforts of another without authorization and documentation, in which a student intentionally impedes or damages the academic work of others, or assists other students in acts of dishonesty. Consequently, such acts must evoke a disciplinary response from the academic community that could include suspension or dismissal.

## We affirm the Distinctiveness of Our Community

Oklahoma Wesleyan University is an academic community comprised of Christian faculty, staff, administrators, and students. While enrollment is not limited to students with a personal Christian faith commitment, the University's mission includes exposing students to the truth of the Biblical Christian faith. Intellectual and spiritual growth are both intended outcomes of the educational experience at Oklahoma Wesleyan University. In order to encourage an atmosphere conducive to intellectual and spiritual development, to recognize and honor the heritage and ongoing commitments of The Wesleyan Church, with which Oklahoma Wesleyan University is affiliated, and to be an institution whose purposes, programs, and practices are honoring to God, the Oklahoma Wesleyan University community establishes the following guidelines and expectations for all students.

The *Bible*, thoughtfully and prayerfully interpreted, is our final standard and exemplar for personal and interpersonal conduct. Scriptural principles, including love, fairness, justice, mercy, compassion, purity, obedience to the laws of the land, respect, and self-control, are upheld as the ideals by which members of the Oklahoma Wesleyan University community are to govern their lives. Students are expected to have a commitment to Christian conduct, social justice, and to a consistent Christ-like witness. We consider violations of basic Biblical principles to be destructive to this Christian community. It should be noted that conduct which is contrary to these stated values, and of the expectations that follow, is subject to institutional confrontation and discipline that may include separation from the community.

While many principles and precepts for living are given in the *Bible*, not all areas of personal conduct are specified in detail. As a result, behavioral standards vary significantly even within evangelical Christian denominations and groups. The Oklahoma Wesleyan University community recognizes the value of upholding certain standards articulated by The Wesleyan Church dealing with matters complementary to basic Biblical values. Oklahoma Wesleyan University completely endorses the statements relating to Christian conduct in the Wesleyan Book of Discipline and expects compliance with these principles.

It is recognized that involvement in the Christian academic community of Oklahoma Wesleyan University may take varying shapes and levels of commitment. Institutional expectations appropriate for some individuals may be less appropriate for others. Factors including maturity, personal issues of conscience, leadership roles, community expectations, effect of personal behavior on other Oklahoma Wesleyan University community members, and overall image and mission of the University must be weighed in determining what may legitimately be expected by the institution.

As a matter of commitment to the best interest of this intentional Christian academic community, the following expectations, in addition to the basic Biblical values such as those stated above, are established as a baseline for students of the Oklahoma Wesleyan University community so that work, study, and living environments conducive to good health, Christian values, and academic excellence can prevail.

# Academic Life

## Academic Honesty

OKWU seeks to develop mature Christian leaders and scholars who produce their own scholastic work, who acknowledge their dependence on the work of other scholars and resources, and who demonstrate integrity under all conditions. Failure to meet this standard is regarded as a most serious offense by the OKWU academic community. The practice of academic honesty is a priority in our community, and the faculty expects responsible scholarship and conduct. All academic dishonesty, cheating, and plagiarism are prohibited. Any instance of plagiarism or cheating may result in having to redo the assignment, a substantial reduction of the grade for that assignment, an "F" for that assignment, failure of the course, or suspension or expulsion from the school.

## Cheating

Examples of cheating include but are not limited to the following:
1. Use of unauthorized prepared materials (cheat sheets) for answering test questions.
2. Giving aid to another student during a test.
3. Gaining answers to test questions from others during test periods.
4. Signing another person's name to the attendance record.
5. Claiming to have done laboratory work or outside reading that was not done.
6. Submitting the same work for more than one course without prior approval of the professors involved.

## Plagiarism

Plagiarism is defined as offering the work of another as one's own. It is an attempt to deceive by implying that one has done work that was actually done by another.

Faculty and students are honor-bound to show that ideas and work match with the sources used and thus demonstrate that honest research has been done. Examples of plagiarism include but are not limited to the following:
1. Copying all or part of a theme, examination, paper, library reading report, or other written work from another person's production.
2. Submitting as one's own work that was wholly or partially done by another so as to appear to one's professor as more accurate or skilled in one's work than one actually is.
3. Quoting material from any source without proper documentation.
4. Summarizing or paraphrasing from any source without proper documentation.
5. Misrepresentation of documentation resources.
6. Using in collateral reports or book reviews the opinion of a professional literary critic or of a campus friend as though it were one's own original thought.
7. Submitting workbook answers copied from another person or working in a group and submitting an identical set of answers for each member of the group without explicit permission from the professor.

**Procedure**

Once a professor discovers a case of academic dishonesty, the professor will begin the following process:
1. The professor will respond to the first instance of dishonesty by clarifying academic expectations and endeavoring to help the student grow. The professor has the right to have the student redo the assignment, reduce the grade of the assignment, or fail the assignment. The professor will notify in writing, the Dean of the School in which the course was offered, the Dean of the School to which the student belongs, and the Office of Academic Affairs outlining the incident and its resolution.
2. Typically, the professor will decide upon disciplinary action for the first infraction of a given student. For the second (and any subsequent infractions), the professor, the Dean of the School in which the course was offered, and the Dean of the School to which the student belongs will make a disciplinary decision while also informing the Office of Academic Affairs. In general, students should expect to fail the assignment for their first conscious offense at OKWU, to fail the course for a second offense, to be suspended for a full semester for a

third offense, and to be expelled for a fourth offense. If the disciplinary action involves suspension or expulsion, the Chief Student Development Officer must also be involved in the decision making process.
3. If a student wishes to appeal s/he may appeal to the Office of Academic Affairs, which is the final appeal.
4. When plagiarism or cheating is discovered after grades have been assigned, grades will be adjusted as appropriate and disciplinary action can be taken as long as the student is enrolled at OKWU.

## Academic Probation

A student whose cumulative grade point average at the end of a semester is less than the following will be placed on academic probation:
• 1.7 first semester
• 1.8 second semester
• 1.9 third semester
• 2.0 fourth semester and each successive semester
Students on academic probation are required to develop accountability and monitoring plans during the first week of classes. These students will meet with the Director of Student Academic Services to complete a probation contract. This contract will include at minimum 4 hours a week of monitored study in the SAS for students taking 12 or more hours while on probationary status. The SAS director will submit a weekly report to the student's Academic Dean, Academic Advisor, and Coach (if applicable).

If a student misses any scheduled meeting in the SAS without written permission from the Associate VP of Academic Affairs or has any F's on a grade report, they are not eligible to participate in activities for the remainder of the week, and the following week they will be given a shorter curfew; if the problem persists, they will be dismissed from school. The SAS director will also submit a weekly probation compliance report to the Vice President for Academic Affairs, Vice President for Student Development, Athletic Director, and the Vice President for Admissions.

## Attendance Policy

Attendance in all classes is expected. Each division and/or instructor may have his or her own attendance policy. If the instructor feels the demands of participation in his/her class are not great enough, s/he has the privilege of establishing a more restrictive attendance policy that will be stated in writing and given to each student at the beginning of the first class period.

## Grading System

The quality of a student's performance in a course is recognized by a letter mark or grade. Except in cases of clerical error, no instructor may change a grade that they have submitted to the office of the Registrar. Grades with their explanations are as follows:
A Superior
B Above Average
C Average
D Below Average
F Failing
I Incomplete ("F" if not completed in 5 weeks)
W Withdrawn (Not computed in GPA)
WP Withdrawn Passing (Not computed in GPA)
WF Withdrawn Failing (Computed like an "F" in GPA) (0 points)
S Satisfactory (Not computed in GPA)
U Unsatisfactory (Computed like an "F" in GPA) (0 points)
CR Credit (Not computed in GPA)

## Grade Points

Grade points (or quality points) are the numerical equivalent of letter grades and are assigned for each credit earned with a given grade according to the scale indicated above. For example, an "A" in a three-hour course

would give the student 12 grade points. These points express the quality of a student's performance in terms of numbers for the purpose of determining academic achievement, rank in class, and individual and graduation honors.

## Letter Grade Point System
A 4 grade points/semester hour
A- 3.7 grade points/semester hour
B+ 3.3 grade points/semester hour
B 3 grade points/semester hour
B- 2.7 grade points/semester hour
C+ 2.3 grade points/semester hour
C 2 grade points/semester hour
C- 1.7 grade points/semester hour
D+ 1.3 grade points/semester hour
D 1 grade points/semester hour
D- .7 grade points/semester hour
F 0 grade points/semester hour

## Honors
All students carrying 12 or more hours with at least 12 hours of grade point grades (i.e., "A", "B", "C", "D", or "F"), who maintain the following grade point averages will receive special recognition for their academic achievements:
4.0 President's List
3.5 - 3.99 Dean's List

No student with an "incomplete" in their grades will be listed. In order for such a student to qualify for honors, the incomplete work must be completed within five weeks following the end of the semester. Graduation honors for baccalaureate degree candidates are announced at graduation and will be placed on the student's permanent record. They are determined on the following basis:
Cum Laude reflects a cumulative GPA of 3.5 to 3.69
Magna Cum Laude reflects a cumulative GPA of 3.7 to 3.89
Summa Cum Laude reflects a cumulative GPA of 3.9 to 4.0

## Withdrawal from the University
Students choosing to withdraw from OKWU must complete a few steps before doing so. First, the student must meet with the Vice President for Student Development. Second, the student must visit the Registrar's Office and officially withdraw from all classes. Third, the student must meet with Financial Aid and the Student Accounts Office in order to ensure that their account is in good standing, and a payment plan for any outstanding balances has been approved. Fourth, the student must return any keys they have from the university. Residence Hall room keys must be returned to a Resident Director; building keys must be returned to Buildings and Grounds.

# Registrar's Office
The Registrar's Office is located in the Haltom Campus Center. Students have access to many services in the office including enrollment verifications, official transcripts, graduation degree audits, and questions regarding registration holds on accounts. Students may also change their student status and personal information, and add, drop, or withdraw from classes in this office.

## WebAccess – Grades and Class Schedules
Students may use WebAccess to register for classes, check grades, view/print unofficial transcripts, view class assignments and readings (class-by-class basis depending on instructor), view financial

status, and update personal information. Class schedules and grade reports are available 24/7 on WebAccess(https://webaccess.okwu.edu). Students receive a login and password to the site upon registration.

## Transcript Requests

The submission of a Transcript Request Form that is signed by the current or former student is required. It can be sent by mail, faxed, or delivered in person. Instructions are included on the form.

**Degree Verifications**: A signed request form must be received by mail, fax, or delivered in person. Fax: 918.335.6283
**Enrollment Verifications:** Enrollment Verifications are available from this office. A signed request form must be received by mail, faxed, or delivered in person. Fax: 918.335.6283

**Loan Deferments**: A signed request form from the lender must be received by mail, fax, or delivered in person. Fax: 918.335.6283

**Official and Unofficial Transcripts:** Available with a signed Transcript Request Form.

## University Catalog

Maintained by the Office of the Registrar, the catalog contains items of interest regarding Admissions to OKWU, Programs & Degrees, Course Descriptions, Academic Policies, and more. http://www.okwu.edu/registrar/

## Financial Aid

The Financial Aid Office seeks to make it financially possible for qualified students to attend Oklahoma Wesleyan University. A student should file his/her Free Application for Federal Student Aid (FAFSA) form as early in January as possible for priority treatment. Detailed information regarding specific scholarships, loans, grants, and discounts may be found on the university's website, www.okwu.edu/undergrad/apply/financial-aid.
For personal help, stop by the Financial Aid Office located in the Campus Center. Financial Aid personnel will have the latest information about new scholarships and other aid available.

## Work Study

OKWU offers a limited number of work-study positions to eligible students; the majority are on-campus positions, with some off-campus community positions as defined. The student is assigned a work-study job for a year and forfeiture of a position may keep a student from consideration for one or two years. A student must have work-study on their award letter, a valid work authorization from Student Financial Services, and approval of the Business Office with documentation.

## Family Educational Rights and Privacy Act

The Family Educational Rights and Privacy Act of 1974 gives University students the right to view educational records (records, files, documents, and other materials which contain information directly related to the student and maintained by the University) maintained in the Academic Office, Admissions and Financial Aid Office,
Academic Department Offices, and the Student Development Office.

Educational records do not include: records of instructional or administrative personnel that are personal in nature and are not accessible to any other person; records maintained by physicians, psychiatrists, psychologists, or other recognized professional or para-professionals; or financial records of parents.

16

Students who wish to view their files should indicate that they wish to do so to the University official responsible for maintaining that particular file. An appointment will be made for the student to view the file within a reasonable amount of time. Parents of dependent students (as defined by the Internal Revenue Service) have the same right of access to the records of their dependents.

The Privacy Act permits the University to release, without student consent, directory information. Directory information at Oklahoma Wesleyan University includes student's name, address, telephone number, major field of study, place of birth, participation in officially recognized activities and sports, weight and height of members of athletic teams, dates of attendance, degrees and awards received, and the most recent educational agency or institution attended. Students who do not want directory information released must submit a request in writing to the Registrar's Office. The University will communicate academic and behavioral information to parents when appropriate.

Information on the types of educational records maintained by Oklahoma Wesleyan University, officials responsible for maintaining records, persons who have access to such records, purposes for which these persons have access to records, and procedures for correcting inaccurate records is available through the Office of the Registrar.

# Charles and Janice Drake Library

The OKWU Library is located at the heart of the campus. Study areas, computers, periodicals, and book stacks have been creatively arranged to provide a comfortable study and research center for the campus. The library staff is available to assist you with your research needs.

## Audio/Visual Resources

The library has Audio/visual resources for use by students, faculty and staff, and community borrowers. Equipment includes camcorders, TV/VCRs, slide projectors, tape players, 16 mm projector, and filmstrip projectors. DVDs, audiobooks, and VHS resources are also available.

## Laptops & Printing

Laptops are available for checkout at the library circulation desk. Printing is also available to those who have an OKWU email account.

## Library Hours

Monday – Friday: 7:30 a.m. – midnight
Saturday: 10:00 a.m. – midnight
Sunday 2:00 p.m. – midnight
*The Library is closed during special required Chapels. Library hours during scheduled breaks, holidays, and inclement weather will be posted.*

# Bookstore

The University bookstore, FOUNDERS, operated by Nebraska Book Company, is located in the Haltom Campus Center. Students may purchase required and recommended text materials as well as trade books, school supplies, sportswear, CDs, DVDs, small gift items, snacks, and other miscellaneous goods. Students can also send a fax from the bookstore for a small fee. The bookstore is designed to be a "service center" for the campus. Personal checks, VISA, MasterCard, American Express and Discover are all accepted.

### Book Buy Back

A book buy back is conducted at the end of each semester during finals week. This buy back gives the

student an opportunity to sell unwanted textbooks. However, buyback is not limited only to the buyback season. Students may sell back textbooks at any time.

### Bookstore Hours
During the semester, the bookstore is open Monday-Friday, 9:00 am - 5:00 pm. During the summer, the bookstore may be open modified hours. Check the website for details (www.okwesleyanbooks.com).

### Book Return Policy
We ask that you retain all receipts. No merchandise will be accepted for exchange or refund without a receipt.
Please refrain from writing or highlighting in your texts until you are sure you will stay in the corresponding class. Once a new text has been marked in, it is considered a used text, and refunds will be based on the condition of the text. When returning texts for courses dropped or changed, you must present a copy of your drop/add slip along with your sales receipt.

Textbooks may be returned within 7 days of the start of classes for a full refund. After the 7-day window, students who drop a class may return textbooks within 14 days of the start of classes if they present a copy of their drop/add form. After the 14th day from the start of classes, all textbook sales are final.

### Online Textbook Orders
Students can order textbooks and other items online at www.okwesleyanbooks.com <http://www.okwesleyanbooks.com>. Feel free to call or email the store with any questions. On campus: x6334. Off campus: 918-333-4680. Email: founders@okwu.edu.

### Receipts for Company Reimbursement
As a service to students who are employed by a company who reimburses for textbooks, an itemized receipt can be obtained from the sales clerk for use in requesting reimbursement. The itemized receipt MUST be requested at the time of purchase. The bookstore cannot process receipts after the fact.

### Special Order Service
The bookstore offers a special order service to students for text or trade books not stocked. No refund will be issued on special orders.

# Student Academic Services (SAS)
Located on the main floor of the La Quinta Mansion, this key student resource center offers much more than its name might seem to imply. For some time now, the SAS has been offering tutoring, career advising, and testing services to students. The goal is for the SAS to be the central place on campus where any student can go to obtain a quick and reliable answer to any academic question. Some of the services the SAS offers include the following:

## Probation Services and Expectations
Students on probation will not be allowed to hold student leadership positions or represent the University in musical groups, intercollegiate activities, or public relations activities without meeting the required amount of study hours, 4 hours minimum weekly.
If a student misses any scheduled meetings or hours in the SAS without written permission from the Associate VP of academic affairs, VP of Student Development or has any F's on a grade report, they are not eligible to participate in any activities for the remainder of the week and the following week. In addition:
(1) If a student completes zero SAS hours in a week they will be contacted and given a warning.
(2) If a student completes less than 4 hours per week in successive weeks they will be given a warning.

(3) If a student completes less than 4 hours per week again in successive weeks they will either be suspended or dismissed from the University.

## Career Assistance

Oklahoma Wesleyan University utilizes a program called Optimal Resume to help students create professional resumes and cover letters, practice mock interviews, create portfolios and much more. Students wanting to explore careers may do so by taking an interest/skills inventory designed to help determine possible occupations. https://okwu.optimalresume.com

The placement service consists of helping students prepare resumes using the Optimal Resume system and posting available job openings.

## Reference Materials

Reference materials are available to be checked out. Topics include study skills, reading and writing skills, career information, interviewing, and resume-preparation. Free brochures are also available on subjects related to taking tests, writing papers, applying for jobs, and other areas for becoming a successful student.

## Testing

In addition to administering placement tests and student tests by faculty request, OKWU is a testing site for CLEP, DANTES, ACT, and offers proctored testing.  Applications are available through the SAS for these and other standardized tests related to college and graduate schools.

## Tutoring

The free tutoring program is designed to help students who need special assistance with course-related work. Appointments can be made with tutors who specialize in specific content areas.

## SAS Hours

Hours are posted outside of the Student Academic Services office.

## Academic Advising

Academic Advising is available to assist all students with their academic advising needs. At any time, a student can make an appointment. The director of student academic services can assist in connecting the student with his or her advisor and creating an individual academic plan in which he or she can feel confident.

## Services for Students with Disabilities

One of the functions of Student Academic Services is to assist students who have disabilities in gaining equal access to all OKWU services, classes, and events. Student Academic Services also will assist you in determining how OKWU can best help you meet your accommodation needs in these areas. Student Academic Services is the primary office on campus with staff that has specialized knowledge and experience in disability issues. We are also the central location for maintaining information about your disability through written records and staff contact.

Our office is staffed with caring professionals who desire to assist you in obtaining your goals at Oklahoma Wesleyan. We work hard to support each student by providing services necessary for accessibility in your academic career while here at Oklahoma Wesleyan. Please feel free to contact our office:
Student Academic Services La Quinta Mansion Building.

Disability Laws In Postsecondary Education

19

Section 504 & ADA
There are two laws that protect persons with disabilities in postsecondary education: The
Rehabilitation Act of 1973 (Pub. L. No. 93-112, as amended) and the 1990 Americans with Disabilities
Act (Pub. L. No. 1001-336).

The Rehabilitation Act Title V. of The Rehabilitation Act of 1973 is generally regarded as the first civil
rights legislation on the national level for people with disabilities. Section 504 of The Rehabilitation Act
is a program access statute. It prohibits discrimination on the basis of disability in any program or
activity offered by an entity or institution receiving federal funds. Section 504 states (as amended):
No otherwise qualified person with a disability in the United States…shall, solely on the basis of
disability, be denied access to, or the benefits of, or be subjected to discrimination under any program
or activity provided by any institution receiving federal financial assistance.
Under Section 504, institutions were required to appoint and maintain at least one person to coordinate
its efforts to comply with the requirements of Section 504 (Section 504 Coordinator). This individual
has the ongoing responsibility of assuring that the institution/agency/organization practices
nondiscrimination on the basis of disability and should be included in any grievance procedures
developed to address possible instances of discrimination brought against the institution. At
Oklahoma Wesleyan University, the established office is Student Academic Services (SAS)

The Americans with Disability Act (ADA) The ADA is a federal civil rights statute that prohibits
discrimination against people with disabilities. There are four sections of the law: employment,
government, public accommodations, and telecommunications. The ADA provides additional
protection for persons with disabilities in conjunction with the Rehabilitation Act of 1973. The ADA is
designed to remove barriers, which prevent qualified individuals with disabilities from enjoying the
same opportunities that are available to persons without disabilities.Postsecondary institutions are
covered in many ways under the ADA. Employment is addressed by Title I, accessibility provided by
public and Title II and III address private entities, and miscellaneous items are addressed under Title V
and Title IV.

The ADA in Relation to Section 504 of the Rehabilitation Act: Institutions that receive federal funds
(such as Oklahoma Wesleyan University) are covered under Section 504. The ADA does not supplant
Section 504, but those situations where the ADA provides greater protection the ADA standards apply.
Therefore, postsecondary institutions must adhere to both the Rehabilitation Act and The Americans
with Disabilities Act.

Admittance To Oklahoma Wesleyan University
Qualified persons with disabilities must meet the Oklahoma Wesleyan University regular admissions
standards. However, admission eligibility will be considered on a case-by-case basis to afford
applicants an equal educational opportunity. Qualified applicants with disabilities will not be denied
admission solely on the basis of their disability. It is not necessary, nor recommended, that students
disclose their disability in the application process.

Once admitted to Oklahoma Wesleyan University, students with disabilities requiring
accommodation(s) must contact Student Academic Services (SAS) office to register for these services.

SAS Disability Services Program
The SAS office at Oklahoma Wesleyan University is committed to providing services that facilitate the
academic and personal goals of the students it serves. Students with documented disabilities are
entitled to reasonable and appropriate academic accommodations in accordance with Federal laws
including Section 504 of the 1973 Rehabilitation Act and the 1990 Americans with Disabilities Act.
Oklahoma Wesleyan is committed to equal opportunity for persons with disabilities without regard to
disability in the recruitment of, admission to, participation in, treatment in or employment in the
programs and activities operated and sponsored by Oklahoma Wesleyan University.

20

**Services from the SAS are open to any student with a learning, physical, or psychological disability. The office aids students in the development of an individualized plan to propel their academic achievement to its fullest potential.**

### Eligibility For Services
A person is eligible for academic accommodations/modifications if he/she:
1. is considered a person with a disability,
2. has identified him/her self to the institution though SAS,
3. has presented appropriate documentation regarding the disability to the institution as required by SAS, and
4. needs accommodation(s)

**Disability Definition** Section 504 defines a person with a disability as a person:
1. with a physical or mental impairment that substantially limits one or more major life activities,
2. who has a record of the disability, OR
3. who is regarded as having the disability.

### Accommodations & Services
The Americans with Disabilities Act (ADA), clearly specifies the importance and liability that educational institutions have in complying with students with disabilities. Academic accommodations indicates in writing what support services a specific student requires. This can involve such things as: classroom assistance and testing accommodations. Although it is the responsibility of the student to indicate what support services are preferred or have been used in high school, it is the responsibility of the SAS Director to assess appropriate accommodations for post-secondary studies.

The SAS Director will assist the student with determining the scope of services needed by reviewing the diagnostic evaluations and pertinent medical information. There must be a diagnostic basis in order for a student to receive a particular accommodation. See the specific sections on the following pages to determine specific documentation.
- For students with learning disabilities: Diagnostic evaluations (performed by a certified professional) should include copies of the specific assessments and scores, diagnostic summary, and recommendations. In some situations, diagnostic evaluations will be accepted with the assessments and scores only.
- For students with physical disabilities: Diagnostic evaluations (performed by a certified professional) must include specific diagnosis and recommendations.
- For students with psychological disabilities: Diagnostic evaluations (performed by a certified professional) should include copies of the specific assessments and scores, DSM classification, and recommendations. In some situations, diagnostic evaluations will be accepted with the DSM classification and summary only.

Student Academic Services will keep all evaluations on file during the tenure of the student.

### Academic Accommodation & Modification Forms
The Accommodation and Modification form indicates in writing what specific support services a student requires. This is determined based on the required documentation(s) of disability and student input. This form is signed by the support staff, student, and instructor to ensure that communication about what will take place is clear to each individual. Accommodations are based on student needs, although those needs can change over a period of time from the initial request. It is important to notify the SAS office if the student feels that his/her needs are not being met.

### Reasonable Accommodations
The SAS Director will work with the student in determining appropriate accommodations as mandated

21

under the ADA and Section 504 of the Rehabilitation Act. Since each disability and the particular circumstances surrounding each request for accommodations is unique, it is impossible to predict which accommodations will be provided to any given student. The following is a list of potential accommodations that may be appropriate based on the student's disability and how it impacts them in a postsecondary educational environment.

- Extended Time for taking exams
- Private Room for taking exams
- Scribe for taking exams
- Reader for taking exams
- Computer for taking exams
- Enlarged Print exams
- Extended time on Assignments
- Note taker for classes
- Audio Book / Recording Device
- Adaptive Equipment

**Note: This is not an exhaustive list of potential accommodations.**

## Audio Book Policy

Audio books need to be requested before the beginning of the school semester, if at all possible. A minimum of two weeks is required to secure audio books. Students receiving books on tape are held to the same copyrighting laws as students using word format textbooks. If books on tape are a part of academic accommodations, the student is responsible to:

1. Bring a copy of each course's reading schedule to the SAS Director at the beginning of each semester.
2. Pick up the audio book within 48 hours of notification that the text is available on tape. Notification will be made through campus email. It is the student's responsibility to consistently check the campus email address.

Failure to pick up books on tape will result in the following actions:

1. **First "No-Show":** A letter will be sent to remind the student of the policy and appropriate procedures.
2. **Second "No-Show":** A letter will be sent to the student informing the student that they have two "No-Shows": In addition, the letter will remind the student of the policy and appropriate procedures.
3. **Third "No-Show":** Services will automatically be temporarily suspended and a letter will be sent to the student informing the student of the policy and the appropriate procedure. Services will remain suspended until the student makes an appointment and meets with the SAS Director to reinstate services.
4. **For each subsequent "No-Show":** Services will automatically be suspended and a letter will be sent to the student informing the student of the policy and the appropriate procedures. The services will remain suspended until the student makes an appointment and meets with the SAS director.

## Exam Accommodations Policy

Students eligible for exam accommodations are responsible to read the Exam Accommodations Student Manual. This manual documents specific procedures for scheduling exams in the SAS office. Failure to follow procedures will jeopardize the availability of the testing room.

## The Documentation of a Disability

Documentation of a disability is the basis for providing accommodations. Understanding what the disability is, and determining how to accommodate the student in the postsecondary setting, is the main focus of providing support services.

## Documentation Guidelines

Postsecondary institutions differ from high schools regarding the first step of providing academic accommodations. When a person with a disability needs an academic accommodation in high school, a team is assigned to discuss that student's classroom instructional accommodations.

This is not the case with colleges and universities. The legislation states that in order to receive services from a postsecondary institution, a person with a disability must first disclose his/her disability to the institution. You must bring the SAS office appropriate documentation regarding your disability.

The name, title, the professional credentials of the evaluator (including license or certification as well as the area of specialization), place of employment, and state in which the individual practices, should clearly be stated on the documentation for all disabilities. Additionally, appropriate documentation must meet the following criteria:

- the documentation must be current (i.e. no more than three years old);
- the documentation must include the diagnostic evaluation (not the IEP);
- the documentation should include recommendations for what accommodations/modifications are needed and why.

## Documentation Guidelines for Attention Deficit/Hyperactive Disorder

Attention Deficit/Hyperactive Disorder (AD/HD) is considered a medical or clinical diagnosis. Individuals qualified to render a diagnosis for this disorder are practitioners who have been trained in the assessment of AD/HD and are experienced in assessing the needs of adult learners. Recommended practitioners may include: developmental pediatricians, neurologists, psychiatrists, licensed clinical or educational psychologist, or a combination of such professionals. The diagnostician should be an impartial individual who is not a family member of the student.

The following guidelines are provided to assist the service provider in collaborating with each student to determine appropriate accommodations. Documentation serves as a foundation that legitimizes a student's request for appropriate accommodations. Recommended documentation includes:

1. A clear statement of ADD or AD/HD with the DSM-IV diagnosis and a description of supporting past and present symptoms;
2. Documentation for eligibility should be current, preferably within the last three years; (the age of acceptable documentation is dependent upon the disabling condition, the current status of the student and the student's specific request for accommodations);
3. A summary of assessment procedures and evaluation instruments used to make the diagnosis;
4. A narrative summary, including all scores, which supports the diagnosis;
5. Medical information relating to student's needs to include the impact of medication on the student's ability to meet the demands of the postsecondary environment;
6. A statement of the functional impact or limitations of the disability on learning or other major life activity and the degree to which it impacts the individual in the learning context for which accommodations are being requested.

Further assessment by an appropriate professional may be required if coexisting learning disabilities or other disabling conditions are indicated. The student and the SAS Director collaborate regarding accommodations.

Documentation Guidelines for Deaf or Hard of Hearing

Physicians, including otorhinolaryngologists and otologists are qualified to provide diagnosis and treatment of hearing disorders. Audiologists may also provide current audiograms. The diagnostician should be an impartial individual who is not a family member of the student.

1. A clear statement of Deafness or hearing loss, with a current audiogram that reflects the current impact of Deafness or hearing loss has on the student's functioning, (the age of acceptable documentation is dependent upon the condition, the current status of the student, and the student's request for accommodations);

23

2. A summary of assessment procedures and evaluation instruments used to make the diagnosis and a narrative summary of evaluation results, if appropriate;
3. Medical information relating to the student's needs and the status of the individual's hearing (static or changing) and its impact on the demands of the academic program;
4. A statement regarding the use of hearing aids (if appropriate);
5. A statement of the functional impact or limitations of the disability on learning or other major life activity and the degree to which it impacts the individual in the learning context for which accommodations are being requested.

Further assessment by an appropriate professional may be required if coexisting learning disabilities or other disabling conditions are indicated. The student and the SAS Director collaborate regarding accommodations.

### Documentation Guidelines for Specific Learning Disability

Professionals conducting assessment and rendering diagnoses of specific learning disabilities (SLD) must be qualified. A qualified professional needs to hold a degree in a field related to diagnosis of SLD and have at least one year of diagnostic experience with adults and late adolescents. Recommended practitioners may include: certified and/or licensed psychologists, learning disabilities specialists, educational therapists, diagnosticians in public schools or colleges and rehabilitation services and private practitioners with the above characteristics are typically considered qualified. The diagnostician should be an impartial individual who is not a family member of the student.

The following guidelines are provided to assist the service provider in collaborating with each student to determine appropriate accommodations. Documentation serves as a foundation that legitimizes a student's request for appropriate accommodations. Recommended documentation includes:
1. Testing that is comprehensive, including a measure of both Aptitude and Achievement in the areas of reading, mathematics and written language;
2. Documentation for eligibility should be current, preferably within the last three years; (the age of acceptable documentation is dependent upon the disabling condition, the current status of the student and the student's specific request for accommodations);
3. A clear statement that a learning disability is present along with the rationale for this diagnosis. (Note: individual "learning deficits," "learning styles," and "learning differences," do not, in or of themselves, constitute a learning disability);
4. A narrative summary, including all scores, which supports the diagnosis;
5. A statement of strengths and needs that will impact the student's ability to meet the demands of the postsecondary environment;
6. A statement of the functional impact or limitations of the disability on learning or other major life activity and the degree to which it impacts the individual in the learning context for which accommodations are being requested.

Further assessment by an appropriate professional may be required if coexisting AD/HD or other disabling conditions are indicated. If an unlicensed individual provides a diagnosis, documentation from a licensed professional may be required. The student and the SAS Director collaborate regarding accommodations.

### Documentation Guidelines for Blind or Low Vision

Ophthalmologists are the primary professionals involved in diagnosis and medical treatment of individuals who are blind or experience low vision. Optometrists provide information regarding the measurement of visual acuity as well as tracking and fusion difficulties. The diagnostician must be an impartial individual who is not a family member of the student.The following guidelines are provided to assist the service provider in collaborating with each student to determine appropriate accommodations. Documentation serves as the foundation that legitimizes a student's request for appropriate accommodations. Recommended documentation includes:

1. A clear statement of vision related disability with supporting numerical description that reflects the current impact the blindness or vision loss has on the student's functioning, (the age of acceptable documentation is dependent upon the disabling condition, the current status of the student and the student's request for accommodations);
2. A summary of assessment procedures and evaluation instruments used to make the diagnosis and a summary of evaluation results including standardized scores;
3. Present symptoms which meet the criteria for diagnosis;
4. Medical information relating to the student's needs and the status of the individual's vision (static or changing) and its impact on the demands of the academic program;
5. Narrative or descriptive text providing both quantitative and qualitative information about the student's abilities which might be helpful in understanding the student's profile including the use of corrective lenses and ongoing visual therapy (if appropriate);
6. A statement of the functional impact or limitations of the disability on learning or other major life activity and the degree to which it impacts the individual in the learning context for which accommodations are being requested.Further assessment by an appropriate professional may be required if coexisting disabling conditions are indicated. The student and the SAS Director collaborate regarding accommodations.

## Documentation Guidelines for Physical Disabilities and Systemic Illnesses

(Includes but is not limited to: Mobility Impairments, Multiple Sclerosis, Cerebral Palsy, Chemical Sensitivities, Spinal Cord injuries, Cancer, AIDS, Muscular Dystrophy, Spina Bifida)
Any physical disabilities and systemic illnesses are considered to be in the medical domain and require the expertise of a physician, including a neurologist, psychiatrist or other medical specialist with experience and expertise in the area for which accommodations are being requested. The diagnostician should be an impartial individual who is not a family member of the student.
The following guidelines are provided to assist the service provider in collaborating with each student to determine appropriate accommodations. Documentation serves as a foundation that legitimizes a student's request for appropriate accommodations. Recommended documentation includes:
1. A clear statement of the medical diagnosis of the physical disability or systemic illness;
2. Documentation for eligibility must reflect the current impact the physical disability or systemic illness has on the student's functioning, (the age of acceptable documentation is dependent upon the disabling condition, the current status of the student and the student's request for accommodations). Disabilities that are sporadic or degenerative may require more frequent evaluation;
3. A summary of assessment procedures and evaluation instruments used to make the diagnosis, including evaluation results and standardized scores if applicable;
4. A description of present symptoms which meet the criteria for diagnosis;
5. Medical information relating to the student's needs to include the impact of medication on the student's ability to meet the demands of the postsecondary environment;
6. A statement of the functional impact or limitations of the disability on learning or other major life activity and the degree to which it impacts the individual in the learning context for which accommodations are being requested.

Further assessment by an appropriate professional may be required if coexisting disabling conditions are indicated. The student and the SAS Director collaborate regarding accommodations.

## Documentation Guidelines for Psychiatric or Psychological Disabilities

(Includes but is not limited to: Depressive Disorders, Post-Traumatic Stress Disorder, Bipolar Disorders, and Disassociative Disorders)
A diagnosis by a licensed mental health professional including licensed clinical social workers (LCSW), licensed professional counselor (LPC), psychologists, psychiatrists, neurologists is required and must include the license number. The diagnostician should be an impartial individual who is not a family member of the student.

25

The following guidelines are provided to assist the service provider in collaborating with each student to determine appropriate accommodations. Documentation serves as the foundation that legitimizes a student's request for appropriate accommodations. Recommended documentation includes:

1. A clear statement of the disability, including the DSM-IV diagnosis and a summary of present symptoms;
2. Documentation for eligibility must reflect the current impact the psychiatric/psychological disability has on the student's functioning, (the age of acceptable documentation is dependent upon the disabling condition, the current status of the student and the student's request for accommodations);
3. A summary of assessment procedures and evaluation instruments used to make the diagnosis and a summary of evaluation results, including standardized or percentile scores;
4. Medical information relating to the student's needs to include the impact of medication on the student's ability to meet the demands of the postsecondary environment;
5. A statement of the functional impact or limitations of the disability on learning or other major life activity and the degree to which it impacts the individual in the learning context for which accommodations are being requested.

Further assessment by an appropriate professional may be required if coexisting disabling conditions are indicated. The student and the SAS Director collaborate regarding accommodations.

## Documentation Guidelines for Head Injury/Traumatic Brain Injury

Head Injury or Traumatic Brain Injury is considered medical or clinical diagnoses. Individuals qualified to render a diagnosis for these disorders are practitioners who have been trained in the assessment of Head Injury or Traumatic Brain Injury. Recommended practitioners may include: physicians; neurologists; licensed clinical, rehabilitation and school psychologists; neuropsychologists and psychiatrists. The diagnostician should be an impartial individual who is not a family member of the student.

The following guidelines are provided to assist the service provider in collaborating with each student to determine appropriate accommodations. Documentation serves as a foundation that legitimizes a student's request for appropriate accommodations. Recommended documentation includes:

1. A clear statement of the head injury or traumatic brain injury;
2. Documentation for eligibility must reflect the current impact the head injury has on the student's functioning, (the age of acceptable documentation is dependent upon the disabling condition, the current status of the student and the student's request for accommodations);
3. A summary of cognitive and achievement measures used and evaluation results including standardized scores or percentiles used to make the diagnosis;
4. A summary of present residual symptoms which meet the criteria for diagnosis;
5. Medical information relating to student's needs to include the impact of medication on the student's ability to meet the demands of the postsecondary environment;
6. A statement of the functional impact or limitations of the disability on learning or other major life activity and the degree to which it impacts the individual in the learning context for which accommodations are being requested.

Further assessment by an appropriate professional may be required if coexisting disabling conditions are indicated. The student and the SAS Director collaborate regarding accommodations.

## Responsibilities of the Student

OKWU offers support services to any qualified student with a disability who requests such services. It is each student's responsibility to make use of these services. Each student is reminded that he or she is ultimately responsible for his/her academic success and/or failure. Each student must take the initiative to use time, facilities, and support services in a productive manner. Each student is

responsible for his/her own work and grade in each course.

Also, SAS offers direction in securing guidance in academic and personal matters. Again, it is each student's responsibility to make use of these services. SAS will not be held responsible for acts of misconduct committed by any student.

It is the responsibility of each student to know and abide by all Oklahoma Wesleyan and SAS policies, rules, and regulations. Each student must take the initiative to familiarize him/herself with these policies, rules, and regulation. Failure to do so will not exclude the student from reprimand, discipline, or any other consequence of violating any OKWU or SAS policy, rule, or regulation.

SAS staff and students must adhere to Oklahoma Wesleyan policies. Oklahoma Wesleyan policies take precedence over all ACADEMIC DEVELOPMENT policies.

## Basic Expectations Of Student
**Role:** The student's role is simply to be the learner. They are in the classroom for the purpose of learning.
**Responsibilities:**
1. At the beginning of each semester, contact the SAS office if accommodations are needed. For the initial meeting, bring documentation of disability. Students who received accommodations the previous semester and have documentation on file do not need to submit new documentation, unless the scope of accommodation has changed.
2. Students should request accommodations at the beginning of each semester. Accommodations are not retroactive.
3. Meet with each professor to notify them of the accommodations needed and secure their signature on the Academic Accommodation Form.
4. Be on time for all classes, labs, and meetings.
5. Sit in a place in class that provides for optimal attention.
6. Students who have questions relating to class materials should ask the instructor.
7. Students who have questions about the accommodations or concerns about how the accommodations are being addressed should notify Student Academic Services.

## Responsibilities of the Teacher
Having a student with a disability may be a new and challenging experience for a teacher. As a teacher, he/she is the 'head of the class', simply meaning, the one who sets the pace, tone, and atmosphere for learning. It is no small feat, yet one that is easily overlooked. Aside from the usual classroom preparations, the instructor must enforce the disciplinary code that is expected in the classroom. Each student in the classroom falls under the jurisdiction of the instructor and has a responsibility to follow the disciplinary code. This applies to each and every student, regardless of having a disability or not. A teacher has a job to do in the classroom, as does the student.

Further, it is the responsibility of the teacher to:
1. Be familiar with applicable laws protecting individuals with disabilities from discrimination.
2. Provide reasonable accommodations as set forth in the Academic Accommodations and Modifications form.
3. Provide an environment where individuals with disabilities are encouraged to advocate for themselves.
If a student has a concern about the accommodations being received, he/she should contact the instructor first. If the student does not feel that the concern has been resolved, or if accommodations need to be altered, the SAS Director should be notified.

## Grievance Procedure For Student Accommodations
Student Academic Services (SAS) has the responsibility of determining students' needs for

accommodation. This determination is made through a two-part process of an intake interview and reviewing documentation of the disability. If the SAS director determines a student is eligible for accommodations, the SAS office is responsible for coordinating the accommodations.

If the student believes the accommodation(s) provided are not reasonable, the below-listed procedure should be followed. While the following time limits should not be exceeded, the goal of the SAS staff is to accomplish each step as quickly as possible.

1. The student needs to schedule a meeting with the SAS director who evaluated the original accommodation request and discuss the matter. If an accommodation is related to a specific course, the student's faculty member may be asked to attend the meeting.
2. If the student is not satisfied with the outcome of the meeting, the student can request an appeal. The student should make an appointment to meet with the Vice President for Student Development within ten (10) working days from date of the meeting with the SAS director. The Vice President will review the matter, allowing all interested parties an opportunity to submit relevant information, statements and documentation. This review may involve meeting with the student, staff from the SAS, a faculty member or other staff members. In filing an appeal with the Vice President, the student thereby gives the Vice President permission to review the student's documentation and file.
3. The Vice President will make a decision regarding the grievance within ten (10) working days of the meeting with the student and attempt to notify the student immediately. This decision will be communicated to the student in writing with a copy provided to Student Academic Services Office and other appropriate college/university staff.

### Confidentiality

Section 504 states that any information regarding a person's disability gained from medical examinations to the appropriate post-admission investigation shall be considered confidential and shall be shared with others within the college or university on a need-to-know basis. In other words, faculty members do not need to have access to information regarding a student's disability, only the accommodation(s) that are appropriate and necessary to meet the student's needs. Confidential information is kept in a separate file with the SAS Director and is not considered a part of a student's educational record.

# Community Life

## Campus Safety

For the protection of campus property and the members of the University community, a campus safety plan has been developed. Safety officers are responsible for parking violations, residence hall security, and other safety concerns. When stopped by a safety officer, students must produce their student identification card and comply with all requests made by the officer. Building lock-up hours are:

> **Residence Halls:** *Curfew (2:00 a.m.) nightly*
> **Academic Buildings:** *12:00 a.m. nightly*

Although Oklahoma Wesleyan University takes reasonable precautions to ensure student safety and property protection, the responsibility still lies with the student to use common sense and request University safety assistance when necessary.

## Facilities

Unauthorized entry, use, or occupation of campus facilities is prohibited. Unauthorized possession, duplication, or use of keys to any campus facility is also prohibited. Being on a campus roof at any time or in closed buildings after hours is not permitted. Damaging, defacing, or causing abnormal cleaning and repairs shows poor stewardship and is not permitted. Students may be fined or required to cover the cost of repairs.

## Firearms and Weapons

Firearms, hunting bows, hunting knives, paintball guns, air soft guns, and other weapons of any type are not permitted to be carried, stored, or possessed by students in the residence halls or on campus. The R.D. may be contacted for appropriate storage alternatives.

## Campus Lake

Swimming in the lake is not permitted at any time. Because it is over 30 feet deep in spots and has a sudden drop-off, it is potentially dangerous. Please stay away from the fountain; serious injury or death can occur from electrocution.

## Crosswalk Usage Policy

For safety purposes, all students commuting to and from the University on foot should use the Silver Lake Road crosswalk located south of the main campus entrance.

## Parking Procedures and Regulations

### Appeals

No appeals will be reviewed if more than seven days have elapsed since the violation occurred. Only one appeal per violation may be made, and the decision of the traffic committee is final. **The fine must be paid before an appeal will be reviewed.** Appeals may be filed at the Student Development Office.

### Designated Parking

Reserved parking spaces are provided for designated campus personnel and other individuals as specified:
**1. Handicapped:** Parking areas are marked by signs within the various parking lots and are restricted to vehicles displaying current disabled and handicapped parking permits.
**2. Bicycle:** Bicycle racks are provided in various areas of campus for any two-wheeled vehicle that is not self-propelled.
**3. Visitor:** Parking is designated by signs and is restricted to campus visitors. This does not apply to off-campus students who are "just visiting" campus.
**4. Faculty/Staff:** Parking is provided for vehicles with current faculty/staff permits in specially designated areas.
**5. Limited Time:** Several parking areas are provided for temporary parking needs. These spaces are available to any registered vehicle, subject to the time limitation.
**6. Weekend Parking:** Faculty/Staff parking lots will be open to students from 5:30 PM Friday–7:30 AM Monday*. **This does not include Visitor, 30 minute, handicapped, President's, or Resident Director parking.***
**7. Holidays/Breaks:** All parking regulations are still in effect during this time.

### Liability

OKWU will not assume responsibility for any loss, damage, theft, fire, or negligence to any motor vehicle parked on college property. To be protected from such losses, vehicle owners should acquire the appropriate coverage with their own insurance company.

### Motor Vehicle Ownership

Maintaining a motor vehicle on the OKWU campus is a privilege for each person who operates it in a

reasonable, considerate manner and abides by campus regulations. Those who do not comply with campus motor vehicle regulations, keep financial obligations paid up to date, or do not maintain a satisfactory academic record may lose the privilege of using a motor vehicle on campus. **All traffic regulations are in effect at all times (day and night), including holidays, breaks, and vacations.** All traffic and parking regulations apply to students, faculty, and staff members.

## Parking Fines
Students will receive a notification of parking violation on their windshield, to their student e-mail address, or in their campus mailbox. A copy of this notice will be provided to the student's advisor, coach (if applicable), and guardians. Each student will be given a warning for the first parking violation and a subsequent parking violation will result in the car being towed or booted at the owner's expense. This sequence of notices will restart on August 15 every year.

## Registration and Parking Permits
Each motor vehicle must be registered at the cashiers office within 48 hours of arriving on campus, weekends excluded. Returning students must re-register their cars. A parking permit will be issued which must be affixed to the passenger side front windshield (inside). Unregistered vehicles will be ticketed on the first violation and any subsequent violation will result in the car being towed at the owner's expense.

## Regulations
1. Drivers must park their vehicles properly within designated areas, taking no more than one vehicle space.
2. Parking in any area other than that properly designated is prohibited.
3. Parking in fire zones, such as the circle in front of the mansion, is prohibited.
4. Parking in "No Parking" zones and along any of the roadway curbing is prohibited.
5. Parking a motorcycle, motor scooter, motorbike, or moped in the bicycle racks is prohibited.
6. Blocking a street, driveway, or sidewalk is prohibited.
7. Vehicle repair and trailer parking is allowed only by permission of the Director of Buildings and Grounds.
8. Parking in an unmarked area is prohibited. This includes the grass.

## Traffic Fines
Moving violations: $80.00

## Traffic Regulations
1. Pedestrians have the right-of-way at all crosswalks.
2. Driving a motor vehicle on pedestrian paths, sidewalks, grass, or any part of the campus not designated a roadway is prohibited.
3. A maximum speed limit of 15 m.p.h. is assigned to all campus roadways and parking lots.
4. Full Stops are to be made at all STOP signs.

## Violations and Penalties
Traffic citations involve the assessment of fines and, if necessary, towing charges. Citations are payable at the Cashier's Office immediately. Transcripts and degrees will be withheld until all fines are paid. After 14 days, fines will appear on your school bill.

## Property
The University is not responsible for loss or damage to personal property by fire, theft, or water. Students may choose to obtain personal renter's insurance to cover belongings in the residence halls.

Theft of, or damage to, the property of another person or of the school, as well as receiving, retaining,

or disposing of the lost or mislaid property of another person or of the school, are grounds for disciplinary action. Damaging, defacing, or causing abnormal cleaning or repairs are also grounds for disciplinary action. Because this demonstrates poor stewardship, those who create such situations shall not only be subject to community discipline, but may also be assessed damage costs, inclusive of replacement costs and labor fees. In situations when no one takes responsibility, the entire living area may share the cost equally.

### Safety Precautions
- Secured doors must not be propped open. An unsecured door jeopardizes the privacy and safety of all floor members.
- Do not walk alone at night from one building to another, or back to a residence hall. If you work or study late, have a friend accompany you while walking or jogging at night.
- Keep office, classroom, or lab doors locked at all times when studying at night.
- Have residence doors locked at all times and know who is at the door before answering it.
- Lock car doors upon entering or leaving a vehicle.

## Fire Drills
Never assume that a fire alarm is a drill or false alarm. Remain calm and evacuate the facility. Evacuation is mandatory for all individuals when the fire alarm is sounding. Anyone who fails to evacuate may face disciplinary action. Remember to follow the instructions of the emergency responders. Do not re-enter the facility until authorized. If you have any information regarding the alarm, present that information immediately to the responding emergency personnel.
In accordance with fire safety regulations, stairwells must be kept free of furniture, bicycles, debris, or other obstructions at all times. Keep hallways and entries uncluttered at all times. Personal property may not be stored in the hallways or entries at any time.

For your protection and safety, announced and unannounced fire drills will be held two times per academic year. In order for you to become familiar with evacuation routes your cooperation is expected. Anytime the alarm sounds you must leave the building. Residence Hall and Safety Staff are authorized to enter student rooms in the event of fire alarms and drills. Failure to leave may result in disciplinary action.

## Fire Evacuation Procedure
When a fire alarm sounds:
1. Close room window.
2. Stay low to the ground and calmly proceed to the nearest exit.
3. Move to a safe distance away from the evacuated building (preferably directly to the designated meeting spot).

If your door is hot, you are probably trapped. Do not open the door. Instead, follow this procedure:
- Seal up the cracks around the door using cloth articles. This helps seal a barrier against heat and smoke.
- Hang a sheet out the window to signal rescuers.
- Open the windows slightly at the top and bottom to let fresh air in and smoke out of the room.
- Wait to be rescued.

If you must move through a smoke-filled area, move quickly in a crouching position. Heat and smoke rise, and dangerous gases settle near the floor.

### Fire Safety Equipment
Fire safety equipment (fire alarms, extinguishers, exit lights, and detectors) is located in strategic

areas of the halls. Use this equipment only for emergencies. Tampering with fire equipment or ringing a false alarm violates local and state laws. Individuals misusing fire extinguishers will be subject to a $300 fine and disciplinary action.

Individuals who trigger a fire alarm as a result of an irresponsible act will be subject to a $300 fine, University disciplinary action, and possible civil action. Individuals failing to properly evacuate the residence hall in a timely manner during a fire alarm will be subject to a $300 fine. Intentionally setting fires in the residence halls, the corresponding rooms, hallways, bathrooms, on doors, etc. is considered dangerous and illegal. University discipline for such may include suspension or dismissal and/or civil action.

## Inclement Weather

Bartlesville occasionally experiences inclement weather such as ice storms and tornados. Students should
sign up for a free Twitter.com account and follow @OKWUWeather to remain apprised of the most recent
weather-related information. Class cancellations and school announcements are also released on Twitter.

### Tornado Alert Procedures

TORNADO WATCH means there is a possibility of one or more tornadoes in our area. Continue normal activity but "be on the watch."
TORNADO WARNING means a tornado has been sighted or detected by radar, and may be approaching. The civil service siren will sound with a single continual signal. When you hear this, seek shelter immediately.

### Tornado Shelter/Safety

The safety areas include: La Quinta basement, Wesley Hall basement, campus center basement hallway,
Chapel & Fine Arts Center basement, and adult learning center basement. Stay in the safety area until the tornado warning is lifted. When possible, Resident Assistants are to help the Resident Directors move everyone into a safe area.

In the event you are not able to reach a safety area, move to an inner room or hallway of the building you are in, stay away from windows, and cover yourself with a blanket or other object if possible.

## Fireworks

Homemade and commercial incendiary devices, such as fireworks and bottle bombs, are a serious threat to personal and campus safety. The possession or use of such devices on campus is not permitted. Violations will be subject to significant disciplinary action ranging from fines, community service, probation, suspension or dismissal, and possible civil action.

## Unusual Absences

Students are to be in the residence halls by curfew, and they should sign out if they plan to leave the residence overnight. Out of concern for the safety of our students, roommates/hallmates/friends are requested to report unexplained or unusual absences to the RDs.

## Missing Student Policy & Procedures

Oklahoma Wesleyan University is very concerned about the safety and wellbeing of all its students. To this end, the following policy and procedure has been developed to assist in the determination if a student is missing.

1. Most missing person reports in the college environment are a result of a student changing his/her routine without informing friends or relatives of the change. Anyone who believes a student to be missing should report his or her concern to Campus Security, Residence Life, or Student Development. All reports will be followed up with an immediate investigation once a student has been missing for 24 hours. Depending on the circumstances presented to University officials, parents of a missing student will be notified. In the event that parental notification is necessary, the Vice President of Student Development will place the call.

2. At the beginning of each academic year, students will be asked to provide emergency contact information in the event he/she is reported missing while enrolled at Oklahoma Wesleyan University. This emergency information will be kept in the Office of Student Development and will be updated on an annual basis through the Enrollment/Validation Process. The University will notify parents of students who are under the age of 18.

3. The Oklahoma Wesleyan University official or office receiving the report will document the following information:

a. The name and relationship of the person making the report.

b. The date, time, and location the missing student was last seen.

c. Background information as to routine, off-campus friends, job, recent changes in family life and/or changes in behavior.

d. The missing student's contact information.

**General Procedure**

4. The Oklahoma Wesleyan University official receiving the report will contact the Vice President of Student Development in order to update them on the situation and to receive additional consultation.

5. Upon notification that a student may be missing. Oklahoma Wesleyan University may use any or all of the following resources to assist in locating the student.

  a. Go to the student's place of residence.

  b. Talk to the student's R.A., roommate and/or housemates to see if anyone can confirm the missing student's whereabouts and/or confirm the date, time, and location the student was last seen.

  c. Secure a current student photo.

  d. Call and text the student's cell phone and call any other numbers on record.

  e. Send the student an email.

  f. Check all possible locations mentioned by the parties above including, but not limited to, the Drake Library, Mueller Sports Center, etc. Campus Security and the Office of Residence Life may be asked to assist.

  g. Contact or call any other on-campus or off-campus friends or contacts.

  h. Check a student's social networking sites such as Facebook and Twitter.

  i. Ascertain the student's car make, model, and license plate number.

  j. Check the University's parking lots for the presence of the student's vehicle.

  k. Contact the food service manager to ascertain when the student last used their meal plan.

6. The Oklahoma Wesleyan University Information Technology (IT) department will be asked to obtain logs in order to determine the last log in and/or access of the OKWU network.

7. Once all information is collected and documented and the Vice President of Student Development (or his designee) is consulted, Oklahoma Wesleyan staff may contact the local police to report the information.

(Note: If in the course of gathering information as described above, foul play is evident or strongly indicated, the police can be contacted immediately.)

## Computer/Technology Policies

As a community that affirms the leadership of Jesus Christ in a technological world, Oklahoma Wesleyan
University requires responsible use of technology resources by students, faculty, and staff. As such,

33

the
University's behavioral guidelines also apply in the use of computing, video, and other technologies.
Respect for personal dignity, privacy, and copyright is of utmost importance.

## Internet Usage Policy

Access to the Internet is provided for educational purposes. Personal use is permitted and is subject
to the same standards of conduct described in this document. Visiting Internet sites that involve
pornography or other types of content that would conflict with Oklahoma Wesleyan's mission as a
Christian institution is strictly forbidden. Students should understand that all traffic on the Internet on
campus is capable of being viewed, monitored, and logged by OKWU. Any student who views
pornography and/or are involved in illegal peer to peer file sharing of copyrighted material from their
computer will automatically be cut off from the internet by computer services.
The following discipline will take place:
• First Offense – Internet disconnected for the remainder of the semester/accountability and mentoring
required
• Second Offense – Internet disconnected for the remainder of the semester/$100 fine/accountability
and mentoring required
• Third Offense – Internet disconnected for the remainder of the semester/$250 fine/accountability and
mentoring required/suspension from school 48-72 hours.
• Fourth Offense – dismissal from school

Peer-to-Peer file sharing of copyrighted material is not allowed.

***Summary of Civil and Criminal Penalties for Violation of Federal Copyright Laws***
***Copyright infringement is the act of exercising, without permission or legal authority, one or more of***
***the exclusive rights granted to the copyright owner under section 106 of the Copyright Act (Title 17 of***
***the United States Code). These rights include the right to reproduce or distribute a copyrighted work.***
***In the file-sharing context, downloading or uploading substantial parts of a copyrighted work without***
***authority constitutes an infringement.***

***Penalties for copyright infringement include civil and criminal penalties. In general, anyone found***
***liable for civil copyright infringement may be ordered to pay either actual damages or "statutory"***
***damages affixed at not less than $750 and not more than $30,000 per work infringed. For "willful"***
***infringement, a court may award up to***
***$150,000 per work infringed. A court can, in its discretion, also assess costs and attorneys' fees. For***
***details, see Title 17, United States Code, Sections 504, 505.***

***Willful copyright infringement can also result in criminal penalties, including imprisonment of up to***
***five years and fines of up to $250,000 per offense.***

***For more information, please see the Web site of the U.S. Copyright Office at*** ***www.copyright.gov,***
***especially their FAQ's at*** ***www.copyright.gov/help/faq.***

You are allowed to connect one computer per port. Connecting hubs, switches, servers, wireless
access points, or any other network equipment is expressly forbidden.

## Your OKWUstudents Account

Your OKWUstudents account controls access to all network and technology available to you at
Oklahoma
Wesleyan University. It consists of a username and password. Usernames follow the convention of
your first name, a period (.) and your last name (ex john.doe). There may be a few variations based on
name conflicts.

You chose your password when you registered for an account.

With your OKWUstudents account you have access to the following services:

## Webaccess
Webaccess is used to register for classes, check your schedule and grades, and make payments to your student account. It can be accessed at https://webaccess.okwu.edu. Log in using your OKWUstudents username and password.

## Email
Your email address is your OKWUstudents username, followed by @okwustudents.edu (ex. john.doe@okwustudents.edu)

Your OKWUstudents email account is the only place official school emails will be sent, so you must make sure
to check it. Log in to your account at www.okwustudents.edu, using your full email address and your password.

With your account you have access to:
• Microsoft Outlook Live- An email account with a 10GB limit
• Windows Live SkyDrive- 25GB of online storage space
• Office Web Apps- Online versions of Microsoft Word, Excel, PowerPoint, and OneNote.

If you would like to forward email to a personal account, follow the instructions in this guide:
http://blog.okwu.edu/computerservices/2012/01/09/fowardlive/

To set up your email account on your iOS device, follow this guide:
http://blog.okwu.edu/computerservices/2012/03/29/how-to-setting-up-liveedu-email-account-on-ios/

## Library Computers
You can log in to computers in the library using your OKWUstudents account. There are laptops available for checkout from the Circulation Desk, and four desktops located on the second floor.

## Wireless Network
You can connect to the campus wireless network using your OKWUstudents account. On your computer or other wireless device, join the OKWU-STUDENTS network. You must then open a web browser, where you will be prompted for your account credentials.

## Student Email Policy & Procedures
OKWU creates and maintains email addresses for use by all enrolled students. All institutional email communication will be directed to the student email account. Students are encouraged and required to check and use their account to receive important information regarding school functions and communications. New accounts will be created upon a student's enrollment to the institution and accounts may be removed without notice upon leaving the institution or account inactivity. All communication transmitted on this account is subject to review and should not be considered expressly private.

Please email computerservices@okwu.edu with any questions regarding this policy.

## Fundraising using email
The use of the okwustudents.edu email list to raise money for mission trips or other types of fundraising efforts including pyramid types of business or other business ventures is strictly forbidden.

35

### Game Systems and Other Networked Technology

You are welcome to connect game systems or other technology to the computer services, but they must be set up to access the network. The IT department will need the devices MAC address to connect it to the network. If you have a system you need connected, please email computerservices@okwu.edu with your name, a description of the system, and the MAC address.

### Contact Us

If you are having trouble with your OKWUstudents account, please let us know by filling out the login assistance form, located at https://lincdoc.okwu.edu/lincdoc/?okwu.AD_AccountRequest.

You can also stop by our office, located in the La Quinta Mansion. Our hours are 8 am to 6 pm, Monday through Friday. If you are having technical issues with the network or other technology, please let us know by filling out a support ticket at http://support.okwu.edu/.

## New Student Orientation (NSO)

OKWU facilitates a scheduled orientation time for all new incoming students prior to the start of the fall semester. Students, staff, and faculty join together to help new students learn what OKWU is all about. NSO is planned through the Student Development Office and is required for all new students. Christian Formation in OKWU Community class (CWVC 1202, a required course), is designed to help the new full-time students become better acquainted with the school, with academic requirements, with an assessment of their strengths and weaknesses, with planning appropriate academic programs, with overall campus life and seeks to develop and strengthen spiritual leadership. This class is also required for all transfer students with more than 12 but less than 25 transfer credits.

## Cultural Events

The Bartlesville community provides a number of events for participation and enjoyment that include: music, drama, art, theatre, and other types of programs. The Bartlesville Community Center brings several additional cultural attractions to the community. Tulsa provides many cultural opportunities only an hour away.

Opportunities are available for selected students to be involved in theatre, symphony orchestra, and singing groups in the community.

## Intercollegiate Athletics

OKWU participates in intercollegiate athletic programs with competition for men in baseball, basketball, soccer, cross country, golf, and track and field. Women compete in basketball, softball, soccer, cross country, golf, volleyball, and track and field. OKWU is a member of the Kansas Collegiate Athletic Conference of the National Association of Intercollegiate Athletics (NAIA), and the National Christian College Athletic Association (NCCAA).

## Intramural Athletics

Both men and women have the opportunity to participate in intramural athletics. Physical development is a part of the curricular and co-curricular programs of OKWU. Intramural sports include basketball, flag football, volleyball, ultimate Frisbee and other games and activities. The Director(s) of Intramurals oversees the Intramural Program.

## Drama and Music

There are opportunities to be involved in drama and music. The University presents a play or musical

each semester. We also have the Chorale, which is the choir that represents the University at special functions and events. Students also have the opportunity to participate in Chapel worship teams after completing a tryout.

For more info on participation in Chapel worship teams, e-mail chapel@okwu.edu.

## Social Life

There are a wide range of activities sponsored by SGO, Alumni office, Student Development office and other organizations on campus. Some of these activities may include the Christmas banquet, Spring Banquet, Ski retreat, Senior trip, Athletic Awards, Who-WU Awards, and various Homecoming activities. Additional features such as films, musical groups, and other events are also held throughout the year. Many events are planned by the Social Life Committee, which is headed up by the Director of Social Life.

## Social Networking

Facebook, Twitter, Google+, Tumbler, and other such social networking sites are not prohibited, however, we strongly encourage every student to use caution when using such sites. MySpace has been prohibited, in part due to the following reasons:

1. Personal safety – sexual predators are known to visit such sites for an easy target
2. Identity theft
3. Slander
4. Cyberworld is not an authentic community – we encourage face-to-face conversations.
5. Addictive - it can consume your time.
6. Isolation – causes students to stay in their room, instead of meeting people.
7. Information shared can easily be artificial and insincere.
8. Information that is shared becomes instantly public.
9. Improper ads and unsecured content.

When using social network sites remember the following precautions:
1. Think before you type – be careful about personal information that is shared.
2. Check privacy settings
3. Be vague about location, schedule, and routine.
4. Protect your password.
5. What you post online stays online forever. Don't put anything online that you would not want on your resume or scholarship application.
6. All information shared can be used as personal admission of guilt and every student will be held accountable for such information and it may result in discipline from OKWU.

## Student Clubs, Organizations and Special Interest Groups

All student clubs or organizations not already approved by the University to function and meet on campus must first be approved in writing by the Vice President of Student Development and must have a sponsoring full-time faculty member.  The criteria under which clubs and organizations will be approved or denied are based upon whether the purpose and activity of such club or organization are consistent with, and would not conflict with or contravene, the Mission of the University or its established policies, standards of conduct, and core educational functions.

In addition, because of the unique history and tradition of the University, the following statement shall apply generally to all groups and organizations proposed to be formed and approved on campus and shall constitute a principal criterion for acceptance of new groups or organizations:

As a university founded in the tradition of Orange Scott, Luther Lee, The Wesleyan Church and the abolitionist movement of the 1850s, Oklahoma Wesleyan University does not permit, sponsor or

endorse clubs, organizations, groups or movements of racial or other balkanization or division. As a Christian community we believe in unity and not disunity. We are integrationists not segregationists. OKWU is a "university" not a "diversity" and, as such, we hold that "the eye cannot say to the hand, I have no need of thee…" (1 Cor. 12:21). We believe that we are "one in Christ" and that in the unity of His Body there is "neither Jew nor Greek." (Gal. 3:28). OKWU stands with the likes of Booker T Washington and Martin Luther King Jr. in brotherhood, emphasizing the content of character and not the color of skin. OKWU reserves the right to disapprove of any and all clubs or organizations that we deem incompatible with the aforementioned philosophy and biblical worldview.

## Spiritual Life

As a community committed to Christian thought, behavior, and Christ-centered relationships with others and with God, Oklahoma Wesleyan University has certain spiritual life expectations and opportunities. One of the primary reasons leading students to come to Oklahoma Wesleyan University is the Christian community that is offered within the context of earning a university degree. Along with campus programming, students are encouraged to make personal choices that will reflect their desire to grow in their relationship with Christ. If students need help in setting up or organizing an effective devotional life and do not know where to go for help, they are encouraged to stop by the Student Development Office where help and direction is available.

### Chapel

Oklahoma Wesleyan University is a four year liberal arts university that seeks to develop the whole person; mind, body, and spirit. Because of this, all students are required to register for one chapel credit each semester if they are taking 12 or more hours during that semester. If extenuating circumstances do not allow you to attend chapel, you will be required to complete a chapel alternative. **Chapel alternative applications must be applied for within two weeks of the start of the semester.** No Chapel alternatives will be given if applied for after the first two weeks of the semester. Chapel alternative applications can be requested by email: chapel@okwu.edu.

All traditional students are required to pass chapel. In order to pass chapel, students must accomplish ONE of the following:
1. Attend the designated number of chapels required for the semester. (This number is set and published at the beginning of each semester by the Student Development Office.)
2. Apply and be approved for a chapel alternative by the Student Development staff. After being approved, students must complete the necessary work required by the last day of finals for the semester. All work for a chapel alternative must be turned into the Student Development Office.

### Attendance

Chapel services are held Wednesday and Friday from 10:10 am to 11:10 am in the Chapel. Because the University considers Chapel an essential part of the Oklahoma Wesleyan University experience, attendance is required and recorded, just as it is in the classroom or sport practices. Chapel attendance is taken by having your student ID scanned when entering and exiting Chapel. **Students will not be counted present if their ID is scanned only once.** Students will not receive Chapel credit if they do not have their ID. If a student has lost their ID, they can go to the Student Development office located in the La Quinta Mansion and get it replaced at a cost of $5.00.

Fulltime students who do not attend the minimum number of chapels during a given semester will receive a failing grade for that semester's chapel. These students will be required to register for SFOR 2900 and complete the necessary work. The cost of this course will be $100, and Student Development will administer the course. Failing students will be considered ineligible for extracurricular activities and student leadership until they successfully complete SFOR 2900. Deadlines for successful completion will be as follows: for fall activities, August 1; for spring activities, January 1.

Any student who fails subsequent semesters of chapel will be considered to be ineligible for the next

semester in which they are involved in an extracurricular activity or student leadership. A student will be ineligible one semester for every failed semester of chapel. During that semester, the student will be required to enroll in, and pass a class managed by the Office of Student Development. The class will not carry any academic weight.

Students are responsible for checking their own Chapel attendance. Any subsequent questions can be emailed
to chapel@okwu.edu.

*Chapel Alternative*
1. Applications for completing the chapel alternative will be available in the Student Development Office and should be returned to the Student Development Office upon completion. Applications are considered on their merit and are subject to the final decision of the Student Development Office. Chapel alternative applications must be applied for within two weeks of the start of the semester.
2. Appeals of decisions regarding attendance or petitions are to be made in writing to the Student Development Office within 24 hours of receiving the decision. After this time, the decision will be final.

*University Representation*
Students who earn a failing grade in Chapel will be declared ineligible (by the Academic Affairs Office) to continue participation in any activity that represents OKWU (e.g., intercollegiate athletics, traveling music groups, school plays & musicals, student government, etc.) for the following semester or summer. These students will remain ineligible until their Chapel requirement is made up. The Registrar will then inform the student and the appropriate coach or sponsor.

*Grade*
Students will receive a satisfactory/unsatisfactory grade based on attendance for chapel.
All full-time students are required to attend the specified amount of chapel services each semester. Students will receive chapel credit for every semester they are enrolled and pass as a full-time student. Therefore, all students are required to register for one chapel credit each semester that they are taking 12 or more hours.
This is in addition to the graduation requirements for their respective programs.

Altar
Altar is a student-led worship time that is held each Sunday night at 8:00 p.m. in the Chapel. Students will want to attend and get involved in this worship experience as they are challenged by their peers to live a life that is pleasing to Christ.

Bible Studies and Small Groups
There are residence hall Bible studies that meet on a weekly basis. Off-campus students are welcome to join these Bible studies. The Bible studies vary from being led by students to faculty and staff and vary in topic.

Church Attendance
Students are expected to consistently attend the church of their choice on Sundays and will be encouraged to do so by the residence life staff and other members of the campus community. They are also strongly encouraged to use their personal gifts to support the ongoing ministry of that church. Because we believe that church attendance is so important, the Sports Center and the athletic fields are off-limits during church service times.

Community Outreach Opportunities

There are several opportunities for service and evangelism in the community of Bartlesville. Following are a list of service opportunities that current OKWU students are involved: The Rock, K-Life, Agape Mission, Big Brother & Big Sisters, local churches and youth groups – particularly Sooner Park and First Wesleyan, Voice of the Martyrs, Boys and Girls Club, and FCA.

## Spiritual Life Team
Oklahoma Wesleyan University has a Spiritual Life Team. This team implements and oversees opportunities for OKWU students to get involved in spiritual growth, including: Altar, Restore Projects, and prayer groups.

## Student Government Organization
The OKWU Student Government Organization (SGO) consists of a Student Body President, Vice President and two representatives from each class. The mission of Student Government is to be a body of student leaders who serve the OKWU community through special events, campus improvements, student representation, and community service. SGO operates under a specific constitution devised and adopted by the students of OKWU.

## Student Publications
The yearbook and the campus student web page, okwu.edu/eagle, are sponsored by the school and supervised by faculty advisers. Interested students may find opportunities to serve on the staff of one or both of these publications.

# Residential Life
OKWU believes that living in the residence halls offers a valuable community experience in every resident's life. Since residents represent a wide variety of backgrounds and interests, there exists a need for certain norms, which allow residents to live together comfortably as a community and, at the same time, facilitate academic learning.

As a Christian institution, OKWU desires that its residence halls exist as a Christian community rather than merely a place of residence. This Christian community should facilitate each resident's growth in all aspects of life.

In order for our community to meet its goals, we need to have certain standards and expectations for living together. These standards are meant to be guidelines for mature, responsible conduct in a community of
Christians and can encourage growth for both the community and the individuals. We expect that members of our community will strive both to be obedient to the explicit teachings of God's Word, and to follow those standards and expectations to better order our life together. In keeping with this philosophy, all full-time, traditional-aged students enrolled in the traditional campus offered programs live in the residence halls.
(Exceptions may be granted to those who meet specific criteria).
OKWU does not discriminate on the basis of race, color, sex, or national/ethnic origin.

## Resident Directors (RDs)
Resident Directors are responsible for the on-site administration of their respective halls. They are involved in hiring and training both Assistant Resident Directors and Resident Assistants. RDs assist students with a variety of problems from faulty residence facilities to personal crises. They assist students in their spiritual growth and development and model appropriate university practices and policies. They uphold residential policies to insure consideration for the time, privacy, wellbeing, and

value of each resident.

One men's RD and one women's RD reside on the OKWU campus. The men's RD has an apartment in Wert
Hall and the women's RD has an apartment in Wesley Hall. Their offices are located in Chapman Hall and
Colaw Hall, respectively. The men's and women's RDs will alternate being on-call during evenings and
weekends. At least one RD will be on or near campus at all times while residence halls are open.

## Assistant Resident Directors (ARDs)

Assistant Resident Directors are responsible for providing additional leadership and supervision. The
ARD is a "helper" whose primary responsibilities involve developing relationships, dispensing
information (or referring a student to someone who can help), offering personal advice, and
confronting violations of community standards. ARDs report directly to the RDs. They are responsible
for the check-in and check-out process for students residing in OKWU's Eagle Village. ARDs are
graduate level students who assist not only with residential life but also with their respective athletic
or academic career interest.

## Resident Assistants (RAs)

Resident Assistants supervise students within the residence halls. There is one RA assigned to each
floor of the residence halls. RAs are students who have completed a selection process, demonstrated
their commitment to serving fellow students, and have been trained in helping skills. The RA is a
"helper" whose primary responsibilities involve developing relationships, implementing programs,
dispensing information (or referring a student to someone who can help), offering personal advice, and
confronting violations of community standards. RAs keep duty hours in the evenings on campus, and
at least two RAs will be available in the residence halls each evening.

## Standards for Residence Life

All OKWU Student Handbook policies apply to each student. In addition to these guidelines, the
following restrictions exist to enhance a positive community living environment. Oklahoma Wesleyan
University does not permit:

- Inappropriate, vulgar, or profane language
- Any vandalism, theft, or destruction of property
- Use of athletic equipment in hallways or lounges
- Inappropriate decor (posters, signs, etc., involving nudity or promoting activities otherwise
  prohibited by the University)
- Utility violations (the use of hot plates, large refrigerators, air conditioners, etc., that are
  prohibited)
- Any action that threatens the physical safety of fellow residents
- Propping open secured doors
- Noise violations
- Possession or use of pornographic material
- Violation of open house hours policy
- Possession or use of fireworks or firearms
- Tampering with or misuse of smoke detectors
- Misuse or removal of lounge furniture
- Swimming out to the fountain and/or tampering with it
- Improper check-out

Violations for any of the above may be subject to disciplinary action ranging from fines, community
service, probation, suspension, or dismissal.

41

## Cable Television

Cable television service is provided to the common areas of each residence hall only. Students may, at their own cost, set up cable in their own rooms if service is available from the cable company – personal cable is not available in all residence hall rooms. However, this is strongly discouraged in the interest of community development.

## Television/VCRs/DVD Player

When VCRs/DVDs are used on campus, DVDs/videos must not be rated above "PG-13." Movies that are rated
"R", "X", "Mature," or "NC-17" are prohibited.

## Cleanliness & Room Checks

Each student needs to respect the rights of others with regard to cleanliness of the residence hall facilities. Residents should take personal responsibility for the cleaning of their rooms and cooperate in preserving the orderliness of the public areas of the residence halls. Personal items are not to be left in community lounges, study areas, bathrooms, or kitchens. If they are found, they may be removed and/or discarded and/or fines assessed. Residence Life staff make room checks for cleanliness and damage. Rooms should be vacuumed, trash should be emptied, and desks and dressers cleared of clutter and dusted. Vacuums may be checked out from an RA, but students are expected to provide cleansers and other chemicals for the upkeep of their rooms. Residents living in Colaw and Chapman Halls are responsible for the cleaning of their own bathrooms.

Room cleanliness checks will be performed by the Resident Assistants no less than twice per month.  If a student's room does not meet cleanliness expectations, the RA will leave a written notice on the door for the first offense. All subsequent offenses for the year will result in a written notice with a monetary fine charged to the student's account.

## Closings

Residence Halls will be closed from time to time throughout the year. Summer vacation, Winter Break, and
Spring Break are all times when residence halls are not available to students. These specific dates will be communicated each year both verbally and in written communications with the community. Additionally, returning students may not move into their rooms before noon on the Sunday before the first day of classes, and students must move out of their rooms by 5 p.m. on the day of graduation each semester. For the wellbeing of our residents, students may not occupy residence halls when Residence Life student staff members are not on campus.

## Curfew

Students are to be in the residence halls by 2:00 am. Doors will be locked by security at curfew; students are not to prop open locked doors.

### Curfew Extensions

If a resident needs to stay out later than curfew, they must receive permission from the RD *in advance*. Events such as late night youth group/ministry activities or family occasions are typically considered good reasons for a curfew extension. Events such as late movies, concerts, or dinner plans are not considered for curfew extension.

### Curfew Violations

The first curfew violation will result in a warning. The second violation of a curfew within a given semester will result in disciplinary action. Depending on the extent of the violation, the discipline will result in fines, the requirement to be in your residence hall at earlier hours than the curfew, or

suspension. If a resident finds out that s/he will be late for curfew because of unexpected or unavoidable circumstances, then a residence life staff member (RA or RD) is to be notified by phone.

## Damages

The present occupants are responsible for any damages to their room and contents other than from ordinary use. "The room" is defined as everything from the entry door to the window (including the outside of each), all furnishings, etc. Any damages or changes should be reported to the R.A. and recorded on your (RCI).
Kicking or forcing open doors to enter or exit rooms may be charged as damage and assessed as a fine.
Screens must remain in the windows at all times. Fines will be assessed for lack of compliance.

Water may cause carpet and other damage; therefore, water games must be outside.
Common property such as hallways, bathrooms, stairwells, lounges, and all corresponding fixtures and furniture is the responsibility of the student body as a whole. Any such damage will be assessed to the specific student responsible whenever possible. In the cases of a student not coming forward, or in cases involving group negligence, the University reserves the right to assess fines, etc., to the group involved i.e., floor members, residence hall residents, etc.

## Floor Raids

Floor raids are not permitted and will be subject to considerable fines and/or other community discipline, ranging from community service to probation, suspension, or dismissal.

## Guests

Individual rooms are reserved for your use since you pay the housing fee. You and your roommate are responsible for the conduct and property in your room. You may have overnight "guests" of the same gender as yourself provided the guests adhere to all the policies and standards of OKWU. We request that you register your guests with the RD and RA in advance of their visit. A guest may stay a maximum of three days in a semester unless the RD makes an exception. Guest's meals are to be handled on a cash basis in the Dining Commons.

## Hall Council

Each residence hall, under the direction of their RA, will form a hall council at the beginning of each semester.
Each hall council will be made up of 5-7 residents who assist in the planning and preparation of monthly or weekly floor activities and will help plan a campus wide men's/women's activity for their respective gender once a semester. Each hall council will meet regularly with their RA to plan these activities.

## Lobby Conduct and Hours

Study, television, and conversational areas are provided at various places within the residence halls. Lounge conduct is expected to be appropriate to the area and never an embarrassment to others. Relationships between males and females must be in good taste at all times. Each member of the community should be able to enjoy public space without having their sense of propriety violated. Consequently, public expressions of affection will be subject to public accountability. Furthermore, couples involved in inappropriate expressions of intimacy will be subject to disciplinary action.

Each individual who uses the lounge should take responsibility for keeping it clean, orderly, and well maintained. Lounge furniture is not to be moved or removed. Removal of lobby furniture from its designated area will result in a monetary fine.

Lounges in all of the women's residence halls and Chapman hall are open for visitors from 9:00 am

until 15 minutes before curfew. Wert and Scott Residence Halls are not open for daily visitation. Men are not to be in the rooms of the women residents, nor are women to be in the rooms of men residents, unless special approval from the RD has been given for visitation privileges.

Chapman and Colaw lobbies do not follow quiet hour regulations. All other lobbies must observe quiet hours beginning at 10:00 p.m nightly.

Students, including off-campus students and guests of students, are prohibited from spending the night in residence hall lobbies and common areas.

## Lock Outs

The residence halls are unlocked at 7:00 a.m. each morning and are locked at curfew throughout the week.

Each resident is issued a personal room key enabling rooms to be locked at all times. If you become locked out of your room, the proper procedure is to find your roommate or wait for your RA. Lastly, contact your RD.
1. Do not block or prop open emergency exit doors or any outside doors.
2. Always lock your room, even if only leaving for a few minutes.
3. Report any strangers in the building to the Resident Director. (Solicitors are not permitted in the residence halls.)

## Lost Keys

Upon arrival at OKWU, each student will be issued the appropriate room key by the Resident Director (or RA).
This one key opens up resident's room and mailbox. Loss of key is to be reported to the appropriate RD within
24 hours.

Obtaining another key results in a $25 replacement fee the first time and a $50 fee for each subsequent lost key. Keys are not to be duplicated for any reason.
Students should keep their doors locked to provide a safeguard for individual belongings.

## Off-Campus Housing

Oklahoma Wesleyan University is a residential campus. All unmarried students who are enrolled in 12 or more hours of academic credit are required to live in on-campus housing. Commuter students living with parents and students 22 years of age or of senior status (90 credit hours or more) may apply to live off campus, though meeting the application criteria does not necessarily mean that a student will be granted permission to live off-campus.

Off-campus students understand that they are under the same behavioral contract as on-campus students.
Off-campus housing will only be approved if the residence is 50 miles or less from the campus. The Housing
Committee reviews applications. Applications must be complete to be considered.
Off-campus housing applications are available in the Student Development Office.

# Open Houses

Residence hall Open House hours provide students with the opportunity to practice the gift of hospitality by inviting guests into their "home-away-from-home." By accepting this privilege, a University resident is expected to demonstrate self-regulation and responsibility for other room

44

occupants, guests, and occurrences.
Regulations for Open House hours are as follows:
• Doors must remain fully open.
• Appropriate behavior between couples is expected, (e.g. men and women should not engage in actions that have the appearance of compromising other school policies).
• Lights may be off in the room only if there is a movie being watched.
• Conduct is expected to be appropriate to modest behavior and never an embarrassment to others.

Relationships between males and females must be in good taste at all times. (Some basic recommendations: Feet to remain on the floor at all times. No cuddling on beds. )
• Couples involved in inappropriate expressions of intimacy will be subject to disciplinary action.
• It's the resident's responsibility to be out on time – students should not have to be asked to leave.
• Residential Life staff members have the authority to address conduct issues that are not explicitly defined in the Student Handbook.
• The appropriate hours for each floor must be clearly posted on entry doors.
• Members of the opposite sex must not be in the rooms or immediate hallways for any reason, except during University Open House hours.
• Members of the opposite sex must not be in the immediate landings or stairwells of any floor entrance, except during University Open House hours.

Open House hours are Sundays from 1:00 – 8:00 pm, Tuesdays from 6:00 – 10:00 pm, and Thursdays from 6:00 – 10:00 pm. All halls will be open for visitation during these times.

## Other Amenities
### Vacuum Cleaners
Vacuum cleaners are available in the cleaning closet of each residence hall floor. Students must promptly return vacuum cleaners after use. Students may be charged for damage to or loss of vacuum cleaners.

### Laundry Facilities Area
Each residence hall is equipped with washers and dryers that students may use at no additional expense. Laundry rooms are open during regular residence hall hours. If there is a problem with the washers or dryers, please contact the RA immediately. Anyone providing haircutting services is expected to get approval of the location, dispose of hair in appropriate trash containers (not down the drains), and be responsible for
clean-up each time.

### Kitchens
Students are expected to clean up after themselves, washing utensils, appliances, and the sink of the shared kitchens in certain lounges.

### Custodial/Maintenance Services
Light bulb replacement, plumbing repairs or emergencies, heating/cooling problems, and housekeeping inquiries should be directed to the attention of the RA for referral.

## Overnight Sign Out
When a student is leaving the residence hall overnight, the student is to sign out using the sign-out sheet posted by their RA. Sign out sheets are intended to provide a way for us to get in touch with a student in case of an emergency, as well as to help us account for students who are not present on campus. A phone number of the person you are staying with should be left on the sign out sheet as well as the time you are expecting to return.

## Personal Space

### Personalizing Rooms

Oklahoma Wesleyan University wishes to extend the privilege of personalizing individual rooms according to guidelines and procedures, which enhance an enjoyable living environment for students consistent with the philosophy of the University community.

1. Occupants are expected to keep their rooms clean and tidy.
2. Any items used to decorate rooms should be in good taste and reflect a Christian lifestyle. Posters, calendars, and other decorations are subject to review by members of the residence life staff. Material that promote or portray violence, alcohol, and drug related paraphernalia, sexuality/sexual activity, or occult activity are examples of inappropriate room décor.
3. Nails, screws, tape, or other adhesives that cause damage or leave sticky residue on the walls or surface may not be used. "Sticki-Tak" or another type of non-marking adhesive should be used to hang all wall decorations.
4. Incense, open flames, and halogen lamps are never permitted due to fire safety regulations. Candles are acceptable only when being used on a candle warmer; they should never be lit.
5. Do not tamper with electrical wiring, switches, outlets, or fixtures.
6. Furniture for two students must remain in the room at all times (2 beds, 2 desks, 2 dressers).
7. No pets of any kind are permitted. If one is found, there will be an immediate $200 fine, followed by an additional $200/day fine until the animal is removed.
8. Sports, play, and/or athletic equipment are not to be used in the residence halls. Considerable damage or injury can occur as a result of playing games with various types of balls, etc.
9. Student rooms, lounges, and hallways are painted according to the maintenance schedule. Special requests for painting can be directed through the R.A. Consideration will be made upon the condition of the room, as well as the last date it was painted.
10. Use of wallpaper or contact paper is not acceptable.
11. The possession of property owned by private agencies such as realtors and contractors, or the property of public agencies or utilities is appropriate only when used with their expressed permission.
12. Sound Advice: If sound can be heard outside your room, it is too loud. It should be quiet enough that the study and sleeping conditions of others are not disturbed.
13. Furthermore, the electrical needs of individuals must be balanced with the utility load capacities of the residence hall plant. Consequently, cooking appliances are not permitted, with the exception of popcorn poppers, microwaves, automatic coffee makers, and crockpots. For health reasons, snacks should be stored in airtight containers.
14. Students may keep refrigerators up to a maximum of 2.5 cubic feet in their rooms.
15. Only one extension cord per outlet is acceptable. No multi-plug receptacles or adapters may be attached unless they contain an internal fuse or circuit breaker with a maximum rating of 15 amps. Cords must be UL approved #16 gauge wire in excellent condition, and may not be placed under rugs or behind partitions.
16. The use of personal electrical appliances is limited because of the safety and sanitation needs created by living in a community.

### Privacy

Privacy is an important factor in any home. The issue of security, the role of guests, adherence to schedules, and attention to personal expectations are among the issues that must be negotiated in order to promote a climate where each member of the home can enjoy privacy.

In many respects, each residence hall floor is like a home. Each member of the floor should be afforded the privilege of a secure, predictable environment where personal privacy can be maintained. Hence, it is very important that all members of the floor and their guests abide by the expectations that have been designed to promote privacy.

46

## Property Protection
OKWU cannot be responsible for lost or stolen items. Personal goods may be protected by individual or family homeowner's insurance; it is the student's responsibility to verify this prior to moving in to the residence halls.

 The following suggestions are made for your protection:
1. Insure and mark all valuables.
2. Always lock your room and secure your window.
3. Report all losses or thefts to the Student Development Office via your R.A. and R.D.
4. Respect University property as you would respect your own belongings.
5. Borrow property only with permission, and return borrowed property on time and in the same condition as when you borrowed it.
6. Think before you act. Having fun should not be at the expense of another person or of the University.
7. If you notice something happening that seems suspicious, report the matter to your R.A., R.D., or Campus Safety at once. Your involvement will make Oklahoma Wesleyan University a safe and enjoyable community.

## Quiet Hours
Quiet and study hours are an established necessity of community living in order to provide everyone an opportunity for adequate study and rest in their own room. Quiet hours are from 10:00 p.m. to 7:00 a.m. Sunday through Saturday.

During quiet hours, all residents and other persons in and around the residence halls are expected to refrain from making or causing noise, or any other disruption which infringes upon the rights of residents to study, rest, or sleep.

Within rooms, study or quiet time takes priority over the right to use stereo equipment. During this period, all sound must be contained within a resident's room.

In addition, during finals week of each semester, quiet hours are in effect 24 hours a day.

## Courtesy Hours
Whenever quiet hours are not in effect, noise levels must be kept at a minimum, as determined by the residence hall staff. Stereo speakers are not permitted on windowsills, and at no time should amplified sound be directed out windows. A violation of this policy may result in a fine or referral to the discipline committee.
Electric instruments and drums are not permitted to be played in the residence halls.

# Registration and Check-in, Check-out
## Check-in Procedure
Upon arrival at OKWU, each student will be issued the appropriate room key by the Resident Director (or RA).
This one key opens the resident's room and mailbox. Loss of key is to be reported to the appropriate RD within 24 hours. Obtaining another key results in a $25 replacement fee the first time and a $50 fee for each subsequent lost key. Keys are not to be duplicated for any reason. Students should keep their doors locked to provide a safeguard for individual belongings.

The Resident Assistant will check the student into the proper room by jointly completing a room condition inventory (RCI). The RCI paperwork is used as a record of the condition of the room at the time of check-in and check-out. Any missing articles or damages that occur during a student's residency in the room will be recorded on the RCI and charged to the student. Failure to pay will result in this charge being billed to the student's account.

## Check-out Procedure

All students are required to check out with their RA or RD when moving out of an assigned room. Failure to do so will result in a monetary fine. The RCI paperwork will be used to check for cleanliness and/or damages. In addition, students checking out permanently must secure all signatures needed as listed on the Check Out
Flow Chart (available in the Student Development Office). Procedures for checking in and checking out are posted at semester end and are also available upon request from the respective RD.

Each resident must complete the following basic check-out procedure before leaving campus at the end of the year:
1. Clean the room thoroughly and request a room check with the RA; then inventory room contents, noting the specific condition at the ending date on the RCI.
2. Turn in the room key and sign-out on the RCI. NOTE: $50 is charged for failure to return keys.
3. Improper check-out may result in a fine of up to $200.
Specific instructions will be posted on each floor prior to closing residence halls at Christmas Break, and at the end of the school year. Special arrangements for any alternative housing needs at these times must be made individually with the Resident Director.

Any violations of these procedures could result in monetary fines.

## Right of Entrance

The University reserves the right of entrance into student's rooms at any time for the purpose of housekeeping, repairs, and/or inspection. Such inspections may routinely take place during scheduled breaks and at any other times during the semester. A room search is authorized when there is reasonable cause to believe that an individual is using the room for a purpose that is illegal or would otherwise be in violation of University community standards. In case of emergency involving clear evidence that life or property is in imminent danger, University personnel may also enter a room immediately.

## Room Assignments

Room assignments for new students are made on the basis of information requested on the housing application form and availability of space. Choices for returning students are made in the spring during the advertised room sign-up process. Room choices are considered in the order of seniority: seniors, juniors, and sophomores. Maintaining a single room is contingent upon enrollment needs. A student requesting a single room will be charged an additional single-room fee. The University reserves the right to place additional students in all rooms if needed.

## Room and Board

All traditional students living on campus are required to purchase a meal plan. Freshmen are required to purchase a 19 meal plan or 210 block plan. All other resident students have a choice to purchase a 19 or 14 meal plan per week, or the 210/170 meal plan per semester. Details are available by contacting the Student Accounts Office.

## Room Furnishings

Residence hall rooms are furnished with beds, dressers, closets, desks, and chairs. Residence hall furniture and equipment are not to be removed from the room or building without authorization from the RD. All outside furnishings must be approved by the RD.

## Solicitation

No one is permitted to sell items on campus without prior approval from the Vice President for Student Development. No door-to-door solicitation or "party" sales are permitted by residents, nonresidents,

children or professional salespersons. The Vice President for Student Development must give permission to all authorized salespersons. You are urged to exercise great caution before signing any contract.

## Telephone Service
For all phone system information and services, contact the General Office Manager at ext. 249 or in the office located in the General Office.

# Conduct Expectations

In keeping with the distinctive Christian nature of our community, Oklahoma Wesleyan University establishes the following lifestyle expectations and standards. It should be noted that this list is considered a baseline and is not necessarily comprehensive in nature. The University faculty and administration reserve the right to confront and address other behaviors that are compounding in nature and/or viewed as dangerous, destructive, unbiblical, or inconsistent with the OKWU mission.

1. The University fully expects all of its students to abide by the legal standards of the county, state, and federal governments. Therefore, the illegal use, possession, or distribution of alcohol, tobacco, or drugs or any mood-altering substance is prohibited.
2. Oklahoma Wesleyan University recognizes that our evangelical Christian community has specific expectations of the traditional campus-offered programs. OKWU, therefore, recognizes that substance abuse does not contribute to, but detracts from, the spiritual and educational development of our students. Possession or use of alcohol on or off campus, contributing to the use of alcohol by other OKWU students, and/or being present in an environment where alcohol is being consumed is prohibited. Use, possession, purchasing, etc. of tobacco is prohibited. Use of narcotics and/or any substances producing altered states of consciousness such as cocaine, heroin, marijuana, or other hallucinogenic drugs are not to be used or possessed. The University does reserve the right to address the older adult (professional, parent, etc.) who resides off campus on an individual basis.
3. All Oklahoma Wesleyan University students enrolled in non-traditional academic programs are required to refrain from the use of tobacco products and alcohol while on campus or in extension center facilities.
4. By virtue of their voluntary enrollment, all students, regardless of age, residency, or status agree to engage in sexual behavior exclusively within the context of marital heterosexual monogamy.
5. Gambling, pornography, immodesty, profanity, crude, vulgar, or offensive language, and disrespectful behavior, such as gossip, dishonesty, and malice are also viewed as inappropriate behavior for all students. The University supports the stance of The Wesleyan Church on the issue of dancing.
6. Finally, because Oklahoma Wesleyan University promotes community cooperation and interpersonal respect, all students are required to abstain from hosting, promoting, or being part of scenarios whereby any fellow student is encouraged or given the opportunity to violate the letter of the spirit of the aforementioned standards and expectations.

## Penalties for drug law violations
### FEDERAL STUDENT FINANCIAL AID PENALTIES FOR DRUG LAW VIOLATIONS
This notice provides information on the penalties associated with drug-related offenses under section 484(r) of the Higher Education Act. It also provides notice on how to regain eligibility after conviction of a drug-related offense.

The institution will provide a timely notice to each student who has lost eligibility for any grant, loan, or work-study assistance as a result of penalties under 484(r)(1) of the HEA and will advise the student of the ways in which to regain eligibility under section 484(r)(2) of the HEA. (r) SUSPENSION OF

ELIGIBILITY FOR DRUG-RELATED OFFENSES IN GENERAL- A student who has been convicted of any offense under any Federal or State law involving the possession or sale of a controlled substance shall not be eligible to receive any grant, loan, or work assistance under this title during the period beginning on the date of such conviction and ending after the interval specified in the following table:

If convicted of an offense involving:
**The possession of a controlled substance**:
Ineligibility period is:
First offense          1 year
Second offense        2 years
Third offense                    Indefinite

**The sale of a controlled substance**:
Ineligibility period is:
First offense          2 years
Second offense        Indefinite

REHABILITATION- A student whose eligibility has been suspended under paragraph (1) may resume eligibility before the end of the ineligibility period determined under such paragraph if--
A. The student satisfactorily completes a drug rehabilitation program that is approved by the VP of Student Development.
B. The conviction is reversed, set aside, or otherwise rendered nugatory.

## Policies and Programs Concerning Alcohol and Drugs
The University has adopted a **"Zero-Tolerance"** policy regarding the use, sale, possession, and/or distribution of illegal drugs and alcohol.

The materials that follow are intended to help inform the entire University community of the standards of conduct required with regard to illicit drugs and alcohol and the possible consequences of inappropriate behavior.

## Alcohol and Drug Prevention and Counseling Services
If you need assistance with a drug abuse problem, the University encourages you to seek help at your local community drug abuse prevention center.

The following national toll-free telephone numbers are provided to assist any member of the University community who may have a drug or alcohol problem.

**Al-Anon 1-800-356-9996 American Council on Alcoholism 1-800-527-5344**
**National Council on Alcoholism 1-800 NCA-Call (622-2255)**
**National Institute on Drug Abuse Hotline 1-800-662-HELP (1-800-662-4357)**
**National Institute on Drug Abuse Helpline 1-800-843-4971**

These various agencies can provide guidance and assistance in identifying a counseling, treatment, or rehabilitation program that meets individual needs.

For additional assistance in locating a treatment facility contact the office of the VP for Student Development.

## Health Risks of Alcohol and Other Drugs
Health risks of using alcohol or other drugs include both physical and psychological effects. The health consequences of drugs depend on the frequency, duration, and the intensity of use. For all drugs, there is a risk of overdose. Overdose can result in coma, convulsions, psychosis, or death.

Combinations of certain drugs, such as alcohol and barbiturates, can be lethal. The purity and strength of doses of illegal drugs are uncertain.

Continued use of substances can lead to tolerance (requiring more and more of a drug to get the same effect), dependence (physical or psychological need), or withdrawal (a painful, difficult and dangerous symptom when stopping the use of drugs). Long-term chronic use of drugs can lead to malnutrition, organic damage to the body, and psychological problems.

The risk of AIDS and other diseases increases if drugs are injected. The consumption of alcohol or drugs by pregnant women may cause abnormalities (such as Fetal Alcohol Syndrome, the third leading cause of birth defects) in babies.

### Physical and Psychological Dependence and Effects of Specific Drugs

*Alcohol* is a depressant drug that impairs judgment and coordination, and in many persons causes a greater likelihood of aggressive and/or violent behavior. Even short term use may cause respiratory depression and, when consumed by pregnant women, may cause irreversible physical and mental abnormalities in newborns (fetal alcohol syndrome) or even death. Long-tern use may lead to irreversible physical and mental impairment, including liver disease, heart disease, cancer, ulcers, gastritis, delirium tremens, and pancreatitis.  Alcohol interacts negatively with more than 150 medications. Driving while under the influence of alcohol is particularly dangerous and is a major cause of traffic-related deaths.

*Cocaine/Crack* are powerful central nervous system stimulants that constrict blood vessels, dilate pupils, increase blood pressure, and elevate heart rate. Cocaine use may induce restlessness, irritability, anxiety, paranoia, seizures, cardiac arrest, respiratory failure, and death. Cocaine is extremely addictive, both psychologically and physically. Great risk exists whether cocaine is ingested by inhalation (snorting), injection or smoking. Compulsive cocaine use may develop even more rapidly if the substance is smoked and smoking crack cocaine can produce particularly aggressive paranoid behavior in users.

*Date Rape Drugs* (Rohypnol, rophies, roofies, GHB, Ketamine, etc.) may incapacitate a person, particularly when used with alcohol. Rohypnol and GHB (gamma-hydroxybutyrate) are characterized as "date rape" drugs because they incapacitate victims, thereby increasing vulnerability to sexual assault and other crime. Sedation, relaxation, and amnesia are associated with Rohypnol use. Rohypnol may be psychologically and physically addictive and can cause death if mixed with alcohol or other depressants. GHB usage may result in coma and seizures and, when combined with methamphetamine, appears to cause an increased risk of seizure. Combining use with other drugs such as alcohol can result in nausea and difficulty in breathing. GHB may also produce withdrawal effects, including insomnia, anxiety, tremors, and sweating. Ketamine may induce feelings of near-death experiences.

*Ecstasy* (X, Adam, MDMA, XTC, etc.) has amphetamine-like and hallucinogenic properties. Its chemical structure is similar to other synthetic drugs known to cause brain damage. Ecstasy use may cause psychological difficulties, including confusion, depression, sleep problems, drug craving, severe anxiety, paranoia and even psychotic episodes. Similar difficulties may occur weeks after taking MDMA. Physical symptoms such as increases in heart rate and blood pressure may result from use of such substances. Other physical symptoms include muscle tension, blurred vision, nausea, rapid eyes movement and involuntary teeth clenching.

*Hallucinogens* (acid, PCP, LSD, psilocybin [mushrooms]) are the most potent mood-changing chemicals and may produce unpredictable effects that may impair coordination, perception, and cognition. Some LSD users experience flashbacks, often without warning, without the user having taken the drug again. Violence, paranoia, delusions, hallucinations, convulsions, coma, cardiac arrest, and respiratory failure may result from hallucinogen use.

*Marijuana* (pot, grass, hash, cannabis sativa, etc.) impairs memory, attention, coordination, and learning. Long-term effects of smoking marijuana  include problems with memory, learning, distorted perception, difficulty in thinking and problem solving, loss of coordination, increased heart rate, anxiety, and panic attacks. Persons who smoke marijuana regularly may have many of the same respiratory problems as tobacco smokers, including daily cough and phlegm, chronic bronchitis, and more frequent chest colds. Because users of marijuana deeply inhale and hold marijuana smoke in their lungs, they incur a higher risk of getting lung cancer.

*Narcotics* (heroin, opium, morphine, codeine, pain medication [Demerol, Percodan, Lortab, etc.]) may produce temporary euphoria followed by depression, drowsiness, cognitive impairment and vomiting. Narcotic use may cause convulsions, coma, and death. Tolerance and dependence tend to develop rapidly. Using contaminated syringes to inject drugs may result in contracting HIV and other infectious diseases such as hepatitis.

*Nicotine* (tobacco, cigarettes, cigars, chewing tobacco, nicotine chewing gum and patches) is highly addictive and, according to the Surgeon General, a major cause of stroke and is the third leading cause of death in the United States. Over time, higher levels of nicotine must be consumed in order to achieve the same effect. Nicotine consumption results in central nervous system sedation and, after initial activation, may cause drowsiness and depression. If women smoke cigarettes and also take oral contraceptives, they are more prone to cardiovascular and cerebrovascular diseases than other smokers. Pregnant women who smoke cigarettes run an increased risk of having stillborn or premature infants or infants with low birth weight.

*Sedative-hypnotics* (depressants, Quaaludes, Valium, Xanax, etc.) depress central nervous, cardiovascular, and respiratory functions. Sedative-hypnotic use may lower blood pressure, slow reactions, and distort reality. Convulsions, coma, and death are outcomes associated with sedative-hypnotic use. Consuming sedative-hypnotics with alcohol or 3.2 beer is especially dangerous.

*Steroids* (anabolic-androgenic) may permanently damage liver, cardiovascular, and reproductive systems. Possible side effects include liver tumors, cancer, jaundice, fluid retention, and hypertension. In men, steroids may cause shrinking of testicles, reduced sperm count, infertility, baldness, breast development, and increased risk for prostate cancer. In women, steroid use may cause growth of facial hair, male-pattern baldness, menstrual changes, and deepened voice.

*Stimulants* (amphetamine, methamphetamine, speed, crystal, crank, Ritalin, caffeine, various over-the-counter stimulants and diet aids) are powerful central nervous system stimulants that may increase agitation, physical activity, and anxiety. Stimulants may decrease appetite, dilate pupils, and cause sleeplessness. Dizziness, higher blood pressure, paranoia, mood disturbance, hallucination, dependence, convulsions, and death due to stroke or heart failure may also result from use.

Reference: National Institute on Drug Abuse, National Institutes of Health

## Standards of Conduct
The University community must adhere to a code of conduct that recognizes that the manufacture, sale, delivery, unauthorized possession, or use of any illicit drug is prohibited on property owned or otherwise controlled by Oklahoma Wesleyan University. If any individual associated with the University is apprehended for violating any drug or alcohol related law when on University property, or participating in a University activity, the University will fully support and cooperate with federal and state law enforcement agencies.

### Sanctions the University Will Impose for Alcohol or Drug Violations
The University has adopted a **"Zero-Tolerance"** policy regarding the use, sale, possession, and/or distribution of illegal drugs and alcohol. Using, selling, possessing, and/or distributing illegal drugs and alcohol is a major violation and likely to result in suspension or dismissal upon the first

occurrence. In all cases, the University will abide by local, state, and federal sanctions regarding unlawful possessions of drugs and the consumption of alcohol.

Federal Penalties and Sanctions for Illegal Trafficking and Possession of a Controlled Substance
These are Federal penalties and sanctions. Additional State penalties and sanctions may also apply.

| CSA | PENALTY | | | DRUG | PENALTY | | |
|---|---|---|---|---|---|---|---|
| | 2nd Offense | 1st Offense | Quantity | | Quantity | 1st Offense | 2nd Offense |
| I and II | Not less than 10 years. Not more than life. If death or serious injury, not less than life. Fine of not more than $4 million individual; $10 million other than individual. | Not less than 5 years. Not more than 40 years. If death or serious injury, not less than 20 years. Not more than life. Fine of not more than $2 million individual; $5 million other than individual. | ≥ 5 gm pure ≥ 50 gm mixture | METHAMPHETAMINE | 50 gm or more pure or 500 gm or more mixture | Not less than 10 years. Not more than life. If death or serious injury; not less than 20 years. Not more than life. Fine of not more than $4 million individual; $10 million other than individual. | Not less than 20 years. Not more than life. If death or serious injury, not less than life. Fine of not more than $8 million individual; $20 million other than individual. |
| | | | ≥ 100 gm mixture | HEROIN | 1 kg or more mixture | | |
| | | | ≥ 500 gm mixture | COCAINE | 5 kg or more mixture | | |
| | | | ≥ 5 gm mixture | COCAINE BASE | 50 gm or more mixture | | |
| | | | ≥ 10 gm mixture ≥ 100 gm mixture | PCP | 100 gm or more pure or 1 kg or more mixture | | |
| | | | ≥ 1 gm mixture | LSD | 10 gm or more mixture | | |
| | | | ≥ 40 gm mixture | FENTANYL | 400 gm or more mixture | | |
| | | | ≥ 10 gm mixture | FENTANYL ANALOGUE | 100 gm or more mixture | | |

| | Drug | Quantity | First Offense | Second Offense |
|---|---|---|---|---|
| III | Others* Flunitrazepam | Any ≥ 1 gm | Not more than 20 years. If death or serious injury, not less than 20 years, not more than life. Fine $1 million individual, $5 million not individual. | Not more than 30 years. If death or serious injury, life. Fine $2 million on individual; $10 million not individual. |
| IV | All Flunitrazepam | Any ≥ 30-999 mgs | Not more than 5 years. Fine no more than $250,000 individual; $1 million not individual. | Not more than 10 years. Fine no more than $500,000 individual; $2 million not individual. |
| V | All Flunitrazepam | Any ≥ 30 mgs | Not more than 3 years. Fine no more than $250,000 individual; $1 million not individual. | Not more than 6 years. Fine no more than $500,000 individual; $2 million not individual. |
| | All | Any | Not more than one year. Fine no more than $100,000 individual; $250,000 not individual. | Not more than 2 years. Fine no more than $200,000 individual; $500,000 not individual. |

Law as originally enacted states 100 gm. Congress requested to make technical correction to 1 kg.  *Does not include marijuana, hashish, or hash oil. (See Separate chart.)

53

## Federal Trafficking Penalties — Marijuana

| Quantity | Description | First Offense | Second Offense |
|---|---|---|---|
| 1,000 kg or more; 1,000 or more plants | **Marijuana** Mixture containing detectable quantity ** | Not less than 10 years, not more than life. If death or serious injury, not less than 20 years; not more than life. Fine not more than $4 million individual; $10 million other than individual. | Not less than 20 years, not more than life. If death or serious injury, not less than life. Fine not more than $8 million individual; $20 million other than individual. |
| 100 kg to 1,000 kg; 100 to 999 plants | **Marijuana** Mixture containing detectable quantity ** | Not less than 5 years, not more than 40 years. If death or serious injury, not less than 20 years, not more than life. Fine not more than $2 million individual; $5 million other than individual. | Not less than 10 years, not more than life. If death or serious injury, not less than life. Fine not more than $4 million individual; $10 million other than individual. |
| 50 to 100 kg; 50-99 plants | **Marijuana** | Not more than 20 years. If death or serious injury, not less than 20 years; not more than life. Fine $1 million individual, $5 million an individual. | Not more than 40 years. If death or serious injury, life. Fine $2 million individual; $10 million other than individual. |
| 10 to 100 kg | **Hashish** | | |
| 1 to 100 kg | **Hashish Oil** | | |
| Less than 50 kg; 1-49 plants | **Marijuana** | Not more than 5 years. Fine not more than $250,000; $1 million other than individual. | Not more than 10 years. Fine $500,000 individual; $2 million other than individual. |
| Less than 10 kg | **Hashish** | | |
| Less than 1 kg | **Hashish Oil** | | |

## Dishonesty

Dishonesty in any form, such as supplying false information, forgery, or use of identification with the intent to mislead or defraud is prohibited. Examples include: lying, recording hours on your time card when not working, or any intent to deceive.

## Dress Code

Specific styles of dress and grooming are matters of individual taste. However, students at OKWU are expected to dress modestly and appropriately at all times. In determining what should be worn, you should consider the following:
1. Modesty
2. Appropriateness to the activity
3. Sensitivity and consideration to others

The OKWU Dress Code has been developed according to the three guidelines listed above. Please keep in mind that the items listed below are minimum standards. It is our expectation that students will consistently exceed the following minimums:
1. Skirts and shorts are to be of a modest length, having a minimum of a 3" inseam.
2. Dresses and shirts
    a. Dresses should be of modest length
    b. Strapless, spaghetti strap, or halter dresses and shirts are not to be worn around campus*
3. Students are required to wear shirts at all times.
4. Leggings and tights should only be worn under appropriate length skirts or dresses.
5. Undergarments including boxers, sports bras, and bra straps should not be seen at any time.
6. Attire that advertises, promotes, or refers to tobacco, drugs, alcohol, or nudity is prohibited.
7. Suggestive, obscene, or violent messages are not to be displayed on clothing.
8. Shoes are to be worn in all school buildings with the exception of the residence halls.

*This list is not intended to be all-inclusive. Questions about appropriate attire may be directed to your RA or
RD.

Teaching faculty & other campus employees have the prerogative to set a more conservative dress code within their own classroom or work area. Any OKWU employee may request that attire be changed because it is considered immodest or inappropriate.

## Gambling

The intent of gambling is poor stewardship, contrary to biblical standards and the philosophy of life at OKWU, therefore it is not allowed and will not be tolerated.

## Pornography

The purchase or possession of literature, pictures, computer generated images, posters, or recordings presenting an indecent or immoral philosophy inconsistent with the values of a Christian community as indicated in scripture are prohibited. Students struggling with addiction are encouraged to seek help. Student
Development staff members want the best for you and will assist you in your efforts to seek help. Your RD is prepared to help you with a referral.

## Obscene Language, Gestures & Games

Words and gestures that are degrading and inappropriate in nature are not acceptable. Games that are contrary to Christian principles are also against campus policy.

## Harassment

OKWU is committed to the preservation of human dignity and the protection of students. Harassment in any form—verbal, physical, sexual, or visual—is against campus policy.

## Public Display of Affection (PDA)

Out of respect for those around you and for yourself, please keep public displays of affection to a minimum.
Excessive and inappropriate amounts of PDA are against campus policy.

## Sexual & Lewd Conduct

Behavior that promotes, celebrates, or advertises sexual deviancy or a sexual identity outside of the scriptural expectation of sexuality is contrary to OKWU's community standards. (The following examples of celebrating, promoting, and advertising sexual immorality are not meant to be exhaustive, but are examples of such behavior.) Posting statements on social media promoting and celebrating homosexuality, adultery, and fornication etc. Coordinating groups promoting and/or celebrating sexuality outside of the context of marital heterosexual monogamy or protesting against the established rules of OKWU community. Sexualized behavior such as homosexual PDA, homosexual/heterosexual inappropriate sexualized intimacy, and demonstrations of inappropriate sexual behavior. Engaging in conduct such as public nudity, indecent exposure, unlawful cohabitation, sleeping with or having sexual intercourse with a person other than one's lawful spouse is in direct conflict with scripture and is prohibited.

## Hazing

In accordance with Oklahoma State Law, OKWU prohibits hazing. According to Oklahoma Statutes, Section
1190 of Title 21 states that, "'Hazing' refers to an activity which recklessly or intentionally endangers the mental health or physical health or safety of a student for the purpose of initiation or admission into or affiliation with any organization operating subject to the sanction of the public or private school or of any institution of higher education in this state."

According to Oklahoma law, hazing may include, but is not limited to: whipping, beating, branding, forced calisthenics, exposure to the elements, forced consumption of food or alcohol, forced use of drugs, prolonged sleep deprivation, forced conduct which could result in embarrassment, or any other activity which could adversely affect the safety or physical or mental health of the individual.

## Practical Jokes & Pranks

At OKWU we understand that jokes and pranks can be a part of the university atmosphere. However, pranks that cause property damage, show disregard for OKWU standards, degrade other students, or cause ill-will among students are prohibited. Students responsible for improper jokes and pranks are subject to disciplinary action.

## Initiation of New Students

Initiation practices are not permitted at OKWU. These practices often involve the use of intimidation, harassment, or physical force resulting in the injury or humiliation of the initiate. Individuals involved in initiation practices will be subject to severe disciplinary action, including the possibility of immediate disciplinary dismissal.

# Disciplinary Process

## Disciplinary Philosophy

Oklahoma Wesleyan University attempts to interpret all of life based on the Word of God and the example set forth by Jesus Christ. Having such a distinctive community requires certain standards that are in line with the
Bible and reflect our institutional mission as a Wesleyan school. All student behavior should reflect this standard and bring glory to God.

The purpose for working with students in disciplinary matters is to allow them to grow in three areas: First, for every student to become more complete in Christ (Colossians 2:10). Second, for every student to develop responsibility for their own behavior and be held accountable for their own actions (Galatians 6:5). Third, for every student to participate in the disciplinary process by holding accountable their brother and/or sister in Christ, to God's standard (Matthew 18:12-17). We also desire to protect the integrity of the community and those who are abiding by the regulations.

We believe the Bible is the foundation of faith and practice and seek to implement biblical principles as guidelines for our regulations. When biblical guidelines are put in place, it brings freedom for the believer to operate under the protection and blessing of God. It is imperative that any disciplinary action is redemptive and corrective in nature and not merely punitive. Our desire is to love all students regardless of behavior, but to allow students to experience the consequences of their own behavior. Scriptural principles including love, fairness, justice, mercy, and compassion will all be used to ascertain the proper discipline within this context.

Within the discipline process, it is our desire for students to experience forgiveness, restitution as need be, reconciliation in relationships, accountability for behavior, and restoration back into the community.

The philosophy of Oklahoma Wesleyan University is that discipline problems are most effectively and efficiently handled at the lowest possible level. We follow the redemptive *biblical* model found in Matthew 18:12-17, a process that starts with confronting in a private counseling relationship with peers and/or residence hall staff.
One or more of the following disciplinary actions may be taken with regard to any rule or policy

violation at the
University:
• **Confrontation / Mediation:** The student is contacted personally and an informal discussion is held about behavior or attitudes.
• **Corrective Restitution:** The student is required to make restitution by some prescribed means for irregularity in conduct. This may take the form of a fine, work obligation, papers, or prescribed interview sessions.
• **Probation:** Probation will result in a growth contract that may include all or any of the following: a mentoring relationship with a faculty/staff member; community service; counseling; restitution, i.e. payment or service; volunteer service; loss of extra-curricular privileges (Students involved in leadership activities such as Student Government Organization, drama, choir, sports, ministry teams, music groups, etc. may forfeit a certain percentage of their participation and/or stipend); suspension of automobile privileges. ***The University reserves the right to notify parents of any probation case.***

## Suspension

The student is involuntarily suspended for a stated length of time. He/she will be required to leave campus within 24-48 hours. The student will be required to return to his or her parent's home or the location of his or her permanent address. If it is impossible to return to the aforementioned address, then the student will be required to stay with an OKWU faculty/staff member for the duration of the suspension. Because of the
University's obligation to the safety of the students, the parents of the suspended student will be notified of the student's status. No leadership involvement (extra-curricular or co-curricular) will be permitted during this period.

## Dismissal

The student's enrollment will be terminated and he/she will be required to leave campus within 24-48 hours after the dismissal is announced. The University reserves the right to require the student to leave campus immediately if it is deemed appropriate. The student may reapply for admission in the term following the one from which he/she was dismissed. The parents of the student will be notified of the student's status. Tuition, room and board costs, and Financial Aid will be forfeited as specified by the University's refund policy (see Business Office for details).

## Removal from University Housing

Under specific circumstances, the University reserves the right to remove a student from University housing.
Access to other University-owned facilities can also be restricted. Behavior that could result in such restrictions would be disruptive, rude or threatening behavior, and/or destruction of community/university property. The parents of the student may be notified of the student's status. It should also be noted that in the case of an illegitimate pregnancy, the student may be dismissed or required to live off campus in a residence approved by the Vice President for Student Development (the student would also be subject to the standards, policies, and discipline concerning sexual behavior).

## Baseline Levels of Disciplinary Actions

Oklahoma Wesleyan University recognizes the need for consistency and fairness in its disciplinary procedures.
It is necessary, therefore, to establish and publish what the University views as the minimal response to selected infractions (inadvertent or deliberate) of specific University behavioral standards and expectations.

We recognize that certain members of our community find themselves at varied stages of personal

development and maturity, and we therefore reserve the right to consider the flagrancy of the offense in determining the appropriate disciplinary response. It should also be noted that the following behavior expectations and policies apply both on and off campus. It is likewise the case that other actions not listed below can result in probation, suspension, or dismissal should the behavior of the student warrant such action.

(NOTE: Possession as referenced in the following baseline responses is defined as anything from actual physical possession, to having these substances present in one's room, car, etc., to being part of any scenario which is not in compliance with point 6 of the student conduct. Having alcohol containers (empty or full) on one's person, in a residence, car, etc. is considered possession. Cohabitation is defined as being with a member of the opposite sex at inappropriate times in their room, apartment, or other residence.)

1. Major Violations **likely to result in suspension or dismissal upon the first occurrence include, but are not limited to the following:**
a. Unlawful use or possession of prescription or non-prescription drugs, including drug paraphernalia (use, possession, selling or providing) or any conscious-altering substance.
b. Arson
c. Grand Theft
d. Intentionally giving a false warning of a campus emergency, ie. pulling fire alarms.
e. Use, discharge, possession or storage of any weapon, or dangerous chemical, on campus or at University sponsored activities.
f. Use or possession of Alcohol
g. Use or possession of Tobacco-Smoking or Chewing.
h. Sexual immorality, i.e. any compromise of marital heterosexual monogamy. Behavior that promotes, celebrates, or advertises sexual deviancy or a sexual identity outside of the scriptural expectation of sexuality. (The following examples of celebrating, promoting, and advertising sexual immorality are not meant to be exhaustive but examples of such behavior.) Posting statements on social media promoting and celebrating homosexuality, adultery, and fornication etc. Coordinating groups promoting and or celebrating sexuality outside of the context of marital heterosexual monogamy or protesting against the established rules of OKWU community. Sexualized behavior such as homosexual PDA, homosexual/heterosexual inappropriate sexualized intimacy, and demonstrations of inappropriate sexual behavior.
i. Being in the room of someone from the opposite gender during unauthorized times.
j. Violent, destructive, or self-destructive behavior.

2. Semi-Major Violations **likely to result in probation to suspension on the first occurrence include, but are not limited to:**
a. Intentionally causing major damage to University owned or operated property.
b. Discharging fireworks on campus.
c. Unauthorized entry into a University facility.
d. Intentionally harassing or threatening another person, including but not limited to, residence or security staff. This includes sexual harassment.
e. Intentionally misusing fire or safety equipment. Automatically includes fines for misuse of fire extinguishers.
f. Dishonesty, and/or the giving of false information.
g. Petty theft.
h. Forgery or unauthorized alteration of a University document.
i. Possession of stolen property.
j. Computer Crime or theft of service, and unauthorized use of another's password/account.
k. Pornography: Printed, video, Internet, etc. Also will result in loss of Internet service.
l. Swimming out to the lake fountain and tampering with it.

3. Minor Violations **likely to result in mediation to probation on the first occurrence include, but are not limited to:**

58

a. Violation of quiet hours policy.
b. Minor damage to property.
c. Violations of University housing policies.
d. Use of profane language.
e. Lewd or indecent behavior.
f. Attitude not meeting expectations.
g. Gambling on or off campus.
h. Late on curfew, or sneaking out at night.
i. Non-destructive pranks.
j. Showing movies and playing music that violate policy, immodest dress, and room decor that are inappropriate.
k. Illicit sexual dancing and patronizing dance clubs.

**4.** Repeated Violations: **REPEATED VIOLATIONS WILL RESULT IN ADDITIONAL SANCTIONS WITH THE POSSIBLE END RESULT OF DISMISSAL FROM CAMPUS.**

## Sanction Guidelines and the Stepping Process

**1.** Minor Violations **of the Community Standards:** Students violating expected conduct in the Minor Violations section can expect to receive at least one step in the disciplinary process.
1) Verbal Warning
2) Written or Verbal Warning and/or documented probationary form of discipline.
Note: Community service, fines, restitution, accountability, counseling, and loss of privileges are all a part of the probation alternatives.

**2.** Semi-Major Violations **of the Community Standards ranging from probation to suspension:** Students violating expected conduct in the probation/suspension area can expect to receive at least three steps in the disciplinary process.
3) Documented probationary form of discipline. (Letter may be sent to parents; letter may be sent to the academic advisor.) Students will be reminded that they are in the process of being dismissed from the University.
4) Suspension from campus, including housing, for a pre-determined amount of time. Students will be reminded that they are in the process of being dismissed from the University.
**Note**: Community service, fines, restitution, accountability, counseling, and loss of privileges may be added to any one of these steps.

**3.** Major Violations **of the Community Standards ranging from suspension to dismissal:** Students violating expected conduct in the suspension/dismissal area can expect to receive at least four steps in the disciplinary process.
5) Suspension from campus, including housing, for a pre-determined amount of time. Students will be reminded that they are in the process of being dismissed from the University.
6) Dismissal for at least one academic semester.
***Note: Community service, fines, restitution, accountability, and counseling may be added to any one of these steps or required for re-admission.***

## Drug Testing: "Reasonable Suspicion" Policy

Reasonable Suspicion Testing: OKWU reserves the right to screen a student anytime there is reasonable suspicion that he/she may be engaged in the use of banned substances. The term "reasonable suspicion" means that information has been received by a member of the Student Development staff in good faith, from a reliable source or sources regarding a student's use of banned substances.
Notification Process:
• Upon selection, students will be notified prior to testing by a member of the Student Development

59

department.
• Notification will take place no more than twenty-four (24) hours before the scheduled test.
• Upon notification, the student(s) will be asked to read and sign a Substance Abuse Testing Notification Form, notifying him/her of the date, time, and site of the testing, as well as any other special instructions pertinent to the test.
• The student will be instructed to report to the test site with a photo ID. If the student does not report at the scheduled time for his/her test, it will be interpreted as a positive test result.

## Growth Initiative

If your own behavior has been in violation of the policies of the University, and if you wish to change, you are encouraged to take the initiative to discuss the behavior of concern with a residence life staff member, faculty member, counselor, coach, staff member, or a Student Development officer. Upon doing so, you may be exempt from certain disciplinary actions. The following requirements must be met in order to take advantage of the Growth Initiative:

• **You must initiate the contact.** Once you have been confronted and/or formal discipline has begun, your situation can no longer be addressed within the concept of the Growth Initiative. In the case of drug use, a Growth Initiative will only be considered if the student initiates contact with the Vice President for Student Development on or before the first Monday after the start of any semester.

• **You must sign a behavior contract with the Vice President for Student Development**. This contract will specify the behavior changes you wish to make, the obligations you have to the University and/or selected mentors, and the type of assistance you will receive from the University in accomplishing your goals for change. Your ongoing behavior must not be in violation of the aforementioned contract. If it is, you may be subject to formal discipline, i.e., probation, suspension, or dismissal.

It is Oklahoma Wesleyan University's desire to respect the integrity of the student who has initiated a request for help. Therefore, the Growth Initiative is designed to provide such support as opposed to responding with punitive discipline. It should be noted that in cases where behavior is repetitive, self-destructive, hazardous to others, or of significant legal issue, the University will respond accordingly. Depending upon the behavior in question, the University reserves the right to require the person to enter a professional setting where adequate help is available. Also, it may be the case that, because of the nature of certain behaviors, specific consequences may be unavoidable even when a Growth Contract is initiated. Student leaders, because of their community responsibilities, may be asked to take leave from their leadership role while on a Growth Contract.

## Appeal Procedures

Students wishing to appeal a disciplinary decision made by an official or officer of Oklahoma Wesleyan University must proceed as follows:
1. All appeals must be initiated through the Vice President for Student Development. This includes decisions made by any and all Student Development offices of the University, e.g. residential life staff members and the Vice President for Student Development.
    a. The appeal must be made in writing and delivered to the Vice President of Student Development within 48 hours after the student has been informed of the discipline decision.
    b. The statement must specify the basis for the appeal (the only grounds for an appeal are errors arising from limited knowledge of the facts or from bias).
    c. The Vice President for Student Development will serve as the person responsible for disseminating all appropriate files and information to the committee or administration hearing the appeal.
    d. The student must be available for an official hearing with the appropriate administration and/or Judicial Council within 48 hours of issuing his or her written appeal.

2.  The route of appeal follows:
    a.  You may appeal the actions taken by an R.A. or R.D., to the Vice President for Student Development.
    b.  You may appeal actions taken by or upheld by the Vice President for Student Development to the President of the University. (You must initiate this appeal with the Vice President for Student Development as stated above in A.1.)
3.  Curricular, extra-curricular, and co-curricular privileges and activities are forfeited during the appeal process.
4.  A Judicial Council may be called to assist the Vice President for Student Development in reviewing the appeal. The Judicial Council functions in an advisory capacity.
5.  The Vice President for Student Development will notify the student of the final decision of the appeal process.
6.  After the student has exhausted all appeals or has failed to follow appropriate appeal procedures, the disciplinary decision then becomes final.

# General Information

## Alumni Office
The Alumni Office is located in La Quinta Mansion. The office is intended to help foster those relationships that are important to students. Students seeking to find a lost friend or look for upcoming events like Homecoming or Family Weekend can find assistance in the Alumni Office. The
Alumni Office has opportunities for students to participate and contribute to the Alumni Association with time and information. Feel free to email us at alumni@okwu.edu.

## Buildings and Grounds
The office of Buildings and Grounds is located behind the Mueller Sports Center. B&G offers work-study positions for students, as well as various services. Residence Hall maintenance requests must be submitted to B&G via the Residential Life Staff. Submit all residence hall maintenance requests to the appropriate Resident Assistant. Resident Assistants will inspect the request and inform the Resident Director who will submit a formal work request to B&G.

All other campus maintenance requests should be submitted to the academic office, faculty, or staff member responsible for that area.

Any campus member who observes an Eminent Danger on campus during working hours should report it to B&G via phone (918-335-6266) or email (facility@okwu.edu).

B&G does have an Emergency phone to use outside of regular work hours (918-914-3346). THIS NUMBER SHOULD BE USED FOR EMERGENCIES OR EMINENT DANGER ONLY. (Examples might include but are not limited to broken pipes, smoking machinery, eminent explosions, or a fire.) **The Emergency number should not be used for non-emergency situations.**

Refer to the front pages of the student handbook for Student Development contact information to report non-emergencies or direct maintenance questions.

## Counseling Services
Student Development personnel, while not professional counselors, are available to assist students with problems and concerns. In addition, OKWU faculty and staff are concerned about students and are willing to assist them. Students are encouraged to seek guidance from their advisers or other

faculty members with whom they feel comfortable. A student may be referred to off-campus professional counselors for additional help when needed.

## Dining Commons

OKWU strives to provide its students with a variety of quality foods in an atmosphere conducive to good dining.

While nothing can replace home cooking, the food service staff is committed to providing a balanced diet served in an attractive manner. For your information, weekly menus are placed on various campus bulletin boards. A food committee, chaired by the Food Service Manager, includes student and staff representatives who are available to represent your food service concerns to the committee. In addition, the suggestion box facing the dish room is a place to voice opinions about the food service program.

Meal times are community times. Students are to respect the facilities and observe eating etiquette in ways that contribute to dining experiences which are pleasant and enjoyable.

No food is to be removed from the Dining Commons without permission from the Food Service Manager.

## Doc Lacy's Campus Coffee House

Doc Lacy's Campus Coffee house was opened in the spring of 2006 due to the vision of OKWU President, Dr.

Everett Piper. Dr. Piper shared this idea with a board member who graciously offered to donate the funds necessary to begin what has become one of the hottest spots on campus. The only stipulation set was that

OKWU name the coffee shop after his wife's maternal grandparents, Mr. and Mrs. D.W. "Doc" Lacy. Therefore the name "Doc Lacy's Campus Coffee House". The coffee shop was dedicated during the fall Homecoming activities in October 2006 with many of Doc and Vera Lacy's family members present. Doc's offers a variety of items on their menu with a variety that would please both the coffee lover as well as those who prefer something a little less stimulating. Menu items range from a cup of coffee to lattes, cappuccinos, and smoothies. Also offered are sandwiches and a variety of snack items. Prices are reasonable and hopefully reflect the need to keep the student's budget in mind when selecting menu items.

Doc's is run primarily by student workers and is a coveted work study position.

## Doc Lacy's Hours

Monday-Friday 8:00am-midnight
Saturday 8:00pm-midnight
Closed during chapel

## Game Room

The game room is located in the Carriage House between Drake Hall and Colaw Hall. Students will find free games such as ping pong and pool.

## General Office

The General Office (GO) is serviced through the "blue window" and offers all mail services, including UPS, foreign, and overnight mail. Package pickup and mailboxes are also handled through the GO.

## General Office Hours
Monday - Friday 9:00 am - 5:00 pm

## Copy Machines
Self-service copiers for your personal use are located in the science building, library, sports center and campus center.

## Lost and Found
Lost and found items may be claimed or turned into the General Office. Items will be kept for one semester
before they are released in the public hallway for claim or donation.

## Mail Service
All incoming and outgoing mail and parcels are handled through the blue window of the General Office (GO).
The U.S. Postal Service will deliver and pick up mail for the campus Monday through Saturday. Students can anticipate that the mail will be distributed by 3:00 pm on those days. United Parcel Service (UPS) will pick up and deliver Monday through Friday. Stamps, meter service, or UPS shipping are available through the GO.

## Mailboxes
Each resident student has a mailbox, located at the GO. All student mail may be addressed to:
Student Name
2201 Silver Lake Rd.
Bartlesville, OK 74006

Any off-campus student wishing to obtain a mailbox should consult the general office. PLEASE remember that mailboxes will not be opened for the student. You must retrieve your own mail by using the key assigned to you. In the event of a lost or stolen key, please contact the appropriate Resident Director for a replacement.

## Packages
When a student receives a parcel too large to fit in the mailbox, the student will be notified to retrieve it at the blue window of the general. Students will present their package notification slip and sign for the package.

Packages not claimed after ten working days will be returned to sender. Parcels may be picked up any time during General Office hours.

## Phone Directory
Each semester, the OKWU phone directory is updated and distributed to the faculty and staff offices. A directory is also posted in various locations across campus.

## Switchboard Hours
Monday - Friday 8:00 am - 5:00 pm
Saturday & Sunday closed


# Health
## Student Health Office And Medical Attention
The university provides a Registered Nurse who assists with the routine medical needs of the campus

community. Hours are posted on the door of the Student Health Services Office. Local physicians act as consultants and referral sources for those who need special attention.

In case of an accident or serious illness, a member of the staff contacts the nurse or a doctor or assists the student in obtaining necessary medical assistance. A limited amount of first aid supplies are available in the Student Health Office. Any student who is on prescription drugs, medications, or under a physician's immediate care should register with the nurse.

### Medical Forms
The student fills this form out **completely**, signs and dates. If any student wishes to use the OKWU student health services, a medical form must be completed before enrollment. All traditional students, whether living on campus or off campus, must have a medical form completely filled out and signed by the student. If a student fails to complete a medical form, s/he will be prevented from participating in campus activities such as intramurals, intercollegiate competition, official school representation, etc.

### Physical Exams
This exam is done the summer before the student begins school and is filled out and signed by the physician who performed the exam. All traditional students living on campus or off campus, or who will be involved in any campus activity, such as intramurals, intercollegiate competition, or official school representation must have a college entrance physical exam.

### Immunization Record
You can get a record at the student's physician's office. Sometimes they are with the high school transcripts.
The nurse must have a record of the student's immunizations. In the state of Oklahoma, it is mandatory for all students to have had their MMR and Hepatitis B shots. If there is any reason that the student has not had these and does not want to receive them, they must sign a waiver form. Meningitis immunization is highly recommended for all freshmen living on campus. They must receive a meningitis brochure and sign a form stating that they have received this shot, intend on receiving it, do not want to receive it, or turn in an immunization record stating that they have received the shot.

### Consent for Treatment Form
This is a form that must be notarized. It is advisable to have one if the student is 20 or younger and plans to be traveling with the school for any reason. In some states, the age of adulthood is 21 and the student must have a consent signed by a parent or guardian for treatment to be administered.

### Scheduling Events & Facilities
The campus master calendar is kept in the Student Development Office. All campus events are recorded and cleared through that office. The scheduling of campus facilities (except for classes) is also cleared through the
Student Development Office at extension 6262.

### Unresolved Issues & Student Advocacy
In the event that you find you cannot find a satisfactory resolution to one or more concerns you may have,
OKWU Student Development staff members are here to be advocates for students. Your RA, RD, and Vice
President for Student Development may be able to speak on your behalf in the event that you are unable to resolve a legitimate conflict with another office or employee of the university.

# Appendices:

## Communicable Disease Policy

OKWU is committed to maintaining a healthy work and learning environment by protecting the physical and emotional health of all employees and students. The school also has a continuing commitment to provide employment and educational opportunities for physically handicapped people who are qualified and able. The health and well-being of all employees must be protected. Reasonable accommodations for the medically impaired employee or student with a communicable disease or AIDS virus-related condition will be provided as long as the disease poses no threat or danger to the health, safety, or welfare of other employees or students.

The school will comply with all federal and state laws applicable to employees, students and job applicants with communicable diseases. The confidentiality of information regarding individuals with a communicable disease shall be respected. The school will make educational materials on communicable diseases available for students and employees. The Student Health Department shall stay in contact with the local health department to acquire information on diseases prevalent in the area or any other health concerns.

### Procedures for Individuals Afflicted with a Communicable Disease

An individual with a communicable disease shall be required to inform the proper school personnel that s/he has a communicable disease. Failure to do so may cause employment to be terminated and/or the student to be administratively withdrawn from classes.

### Employees

An employee will inform his/her immediate supervisor if s/he has been diagnosed as having a communicable disease. It will be the responsibility of the supervisor to inform the administrator within his/her normal channel of communication of the situation. The school shall require of the employee a medical report from a licensed physician, which may be reviewed by a physician designated from the school. The school reserves the right to request that the employee be examined a second time by the designated physician. Each case will be assessed by a committee appointed by the OKWU President, based on medical evidence presented in a written report by the designate physician.

A determination will be made concerning the nature, duration, and severity of the risk posed by the illness and the probability that the disease will be transmitted and will cause varying degrees of harm. An updated medical report from a licensed physician will be required by the school every six (6) months as long as the illness persists.

### Students

A student will inform the VP of Student Development if s/he has been diagnosed as having a communicable disease. It will be the responsibility of the VP of Student Development to notify the appropriate administrator within the normal channel of communication of the situation. In the event the student is a minor and the student's parents are aware of the disease, the student's parents have a responsibility to inform the VP of Student Development of the situation. The school shall require of the student a medical report from a licensed physician, which may be reviewed by a physician designated from the school. The college reserves the right to request that the student be examined a second time by the designated physician. Each case will be assessed by a committee appointed by the OKWU President, based on medical evidence presented in a written report by the designate physician. A determination will be made concerning the nature, duration, and severity of the risk posed by the illness and the probability that the disease will be transmitted and will cause varying degrees of harm. An updated medical report from a licensed physician will be required by the school every six (6) months as long as the illness persists. The student may be administratively withdrawn from classes if it is determined, on the basis of medical evidence, that his/her continued attendance poses an unacceptable risk to him/herself or others.

65

## Copyright Infringement

OKWU prohibits the use of its name, logo, any/all OKWU imaging and/or icons without written permission from the Director of University Relations. Any publication or product, whether it be tangible or electronic
(i.e. on-line, email, etc), that is published or produced without such written permission is considered a violation of OKWU policy. Material (tangible, electronic or otherwise) that is deemed to be inconsistent with the standards of Christian integrity, honesty, charity, and love as defined in Scripture and reaffirmed in the OKWU
Student Handbook will be subject to immediate removal from any services or facilities associated with OKWU.

Those violating these policies (student or otherwise) will be subject to all appropriate legal consequences as well as institutional discipline.

## Official Policy on a Drug Free Work Place

Drugs in the workplace are a danger to all of us. They impair safety and health, promote crime, lower productivity and quality, and undermine public confidence in the work we do. We will not tolerate the illegal use of drugs here - and now, by law, we cannot. Under the federal Drug-Free Workplace Act, in order for the school to be a "responsible source" for the award of federal contracts, we have developed the following policy:

Any location at which OKWU business is conducted, whether at this or any other location at which OKWU business is conducted, this university is declared to be a Drug-Free Workplace. This means that all employees are absolutely prohibited from unlawfully manufacturing, distributing, dispensing, possessing, or using controlled substances in the workplace. The following is a partial list of controlled substances. The Director of
Personnel can provide a list and explanation of controlled substances.
A.) NARCOTICS (heroin, morphine, etc.),
B.) CANNABIS (marijuana, hashish),
C.) STIMULANTS (cocaine, diet pills, etc.),
D.) DEPRESSANTS (tranquilizers),
E.) HALLUCINOGENS (PCP, LSD, "designer drugs," etc.)
In addition, all employees are absolutely prohibited from manufacturing, distributing, dispensing, possessing, or using ALCOHOL or TOBACCO in any form in the workplace. Employees have the right to know the dangers of drug abuse in the workplace, the school's policy about them, and what help is available to combat drug problems. This document spells out the OKWU policy. Any employee convicted of violating a criminal drug statute in this workplace must inform the school of such conviction (including pleas if guilty and nolo contendere) within five days of the conviction occurring. Failure to inform the school subjects the employee to disciplinary action, up to and including termination for the first offense. By law, OKWU will notify the federal contracting officer within ten days of receiving such notice from an employee or otherwise receiving notice of such a conviction. The school reserves the right to offer employees convicted of violating a criminal drug statute in the workplace participation in an approved rehabilitation or drug abuse program as an alternative to discipline. If such a program is offered and accepted by the employee, then the employee must satisfactorily participate in the program as a condition of continued employment.

## Sexual Harassment Policy

It is the policy of OKWU, in keeping with efforts to establish an environment in which the dignity and worth of all members of the institutional community are respected, that sexual harassment of students and employees at

66

OKWU is unacceptable conduct and will not be tolerated. Sexual harassment may involve the behavior of a person of either sex against a person of the opposite or same sex, when that behavior falls within the definition outlined below. Sexual harassment of employees and students of OKWU is defined as any unwelcome sexual advances, request for sexual favors, or other verbal or physical conduct of a sexual nature when:

1. Submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment or academic standing.
2. Submission or rejection of such conduct is used as a basis for academic or employment decisions affecting that individual.
3. Such conduct has the purpose or effect of unreasonable interfering with an individual's work performance or educational experience, or creates an intimidating, hostile, or offensive work or educational environment.

### Complaint Procedures

Any student or employee who feels they have been sexually harassed under the above definition should contact the Director of Personnel Services as soon as possible. All complaints, formal and informal, will be treated seriously and with utmost confidence. All complaints will be examined impartially and resolved as promptly as possible.

Sanctions will be based on violations of the stated policy and will be appropriate to the nature and severity of the offense.

## Questions & Concerns

All OKWU staff, faculty, and administration welcome your questions and concerns. If you have a question or concern, simply speak directly with the person who is in charge of that area. If you are unsure of who you need to talk to, your RA or RD will help you with direction.

## Crime Statistics, Campus Security Policies, Crime Log, and Fire Log

Found at **http://www.okwu.edu/disclosure/**

## Oklahoma Wesleyan University Sexual Assault Policy Statement

Oklahoma Wesleyan University educates the student community about matters such as sexual assaults and date rape through mandatory freshman orientations each fall and provides employees with this policy statement in their orientation package. The Office of Student Development offers sexual assault education and information to University students and employees upon request.

If you are a victim of a sexual assault at the University, your first priority should be to get to a place of safety. You should then obtain necessary medical treatment. Time is a critical factor for evidence collection and preservation.

An assault can be reported directly to the VP for Student Development, at 918-335-6289 and if you are living on campus, to your Resident Director, Campus Safety Office or to any other Campus authority. The University strongly advocates that a victim of sexual assault report the incident to the local police authorities in a timely manner. Filing a police report will not obligate the victim to prosecute, nor will it subject the victim to unwarranted scrutiny or judgmental opinions from University representatives.

Filing a police report will:
• ensure that a victim of sexual assault receives the necessary medical treatment and tests, at no expense to the victim;
• provide the opportunity for collection of evidence helpful in prosecution, which cannot be obtained later;

• assure the victim has access to free confidential counseling from counselors specifically trained in the area of sexual assault crisis intervention.

When a sexual assault victim contacts the VP for Student Development or Campus Safety Office, at the request of the student, the Department will notify the appropriate Police Agency. In cases involving a student, a representative from the Office of Student Development will also be notified. The victim of a sexual assault may choose for the investigation to be pursued through the criminal justice system and the University's disciplinary procedures, or only the latter. A University representative from the Office of Student Development or the Campus Safety Department will guide the victim through the available options and support the victim in his or her decision.

Various counseling options are available and support services outside the University system can be obtained.

The University follows the procedures of the Campus Sexual Assault Victims Bill of Rights, in regard to sexual assault victims. The accused and the victim will each be allowed to choose one person who has had no formal legal training to accompany them throughout the hearing. Both the victim and accused will be informed of the outcome of the hearing. A student found guilty of violating the University sexual misconduct policy could be criminally prosecuted in the state courts and may be suspended or dismissed from the University for a first offense. Student victims have the option to change their academic and/or on-campus living situations after an alleged sexual assault, if such changes are reasonably available.

### Sex Offender Registry Information:
In accordance to the "Campus Sex Crimes Prevention Act" of 2000, which amends the Jacob Wetterling Crimes Against Children and Sexually Violent Offender Registration Act, the Jeanne Clery Act and the Family Educational Rights and Privacy Act of 1974, the Oklahoma Wesleyan University provides a link to the State of Oklahoma – Sex Offender Registry. In order to access the Registry, visit www.OKWU.edu/disclosures and click on the link provided.

This act requires institutions of higher education to issue a statement advising the campus community where law enforcement information provided by a state concerning registered sex offender may be obtained. It also requires sex offenders already required to register in a state to provide notice of each institution of higher education in that state at which the person is employed, carries a vocation, or is a student.

In Oklahoma, convicted sex offenders must register with the Oklahoma Public Sex Offender Registry maintained by the Department of Corrections.

The Oklahoma Public Sex Offender Registry is available via Internet at:
http://www.ok.gov/doc/Organization/Field_Operations/Field_Support/Sex_Offender_Registration.html
and the Washington County Sex offender Registry is available via Internet at:
http://www.cityofbartlesville.org/offenders.php?cat=1013

## TITLE IX POLICY STATEMENT
In compliance with federal law, including the Provision of Title IX of the Educational Amendments of 1972, Section 504 of the Rehabilitation Act of 1973, and the Americans with Disabilities Act of 1990, Oklahoma Wesleyan University does not illegally discriminate against persons on the basis of race, religion, sex, color, national or ethnic origin, age, disability, or military service in the administration of educational policies, programs, or activities, its admissions policies, scholarship and loan programs, athletic or other University administered programs, or employment.