IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE, and
OKLAHOMA WESLEYAN UNIVERSITY,

    Plaintiffs,

  v.

CATHERINE E. LHAMON, in her official capacity as Assistant Secretary for Civil Rights, United States Department of Education, *et al.*,

    Defendants.

Case No. 1:16-cv-01158 (RC)

**[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION TO SUSPEND BRIEFING ON
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Defendants' Motion to Suspend Briefing on Plaintiffs' Motion for Summary Judgment Dismiss, Plaintiffs' opposition thereto, and any reply in support thereof, it is hereby:

ORDERED that Defendants' Motion to Suspend Briefing on Plaintiffs' Motion for Summary Judgment Dismiss is DENIED.

SO ORDERED.

Date: _____

                                          _____
                                          Hon. Rudolph Contreras
                                          UNITED STATES DISTRICT JUDGE