IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE and<br>OKLAHOMA WESLEYAN UNIVERSITY,<br><br>            Plaintiffs,<br><br>   v.<br><br>CATHERINE E. LHAMON, in her official<br>capacity as Assistant Secretary for Civil Rights,<br>United States Department of Education, *et al.*,<br><br>            Defendants. | Case No. 1:16-cv-01158 (RC) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendants respectfully move for an extension of time to file their response, if any, to Plaintiffs' summary judgment motion (ECF No. 22). A response is currently due on December 16, 2016. Defendants have already filed a motion to suspend summary judgment briefing until after the Court rules on Defendants' Rule 12(b)(1) motion to dismiss and, if that motion is denied, Defendants are given an opportunity to take discovery relating to their jurisdictional defenses. *See* Defs.' Mot. to Suspend Briefing on Pls.' Mot. for Summ. J. (Nov. 4, 2016), ECF No. 23. Defendants' motion to suspend summary judgment briefing remains pending.

The filing of a response to Plaintiffs' summary judgment motion on December 16 would effectively moot Defendants' pending motion to suspend summary judgment briefing, and deprive Defendants of discovery to which they believe they will be entitled if their motion to dismiss is denied. In addition, any substantive response to Plaintiffs' summary judgment motion would need to take into account the Court's ruling on Defendants' motion to suspend briefing, and should take into account the Court's ruling on Defendants' motion to dismiss.

– 1 –

In order to give Defendants adequate time to respond to Plaintiffs' summary judgment motion, in the event the Court determines that a response is required at this juncture, Defendants respectfully request that the Court vacate the December 16 deadline and order that, if the Court issues an order denying Defendants' motion to suspend summary judgment briefing, Defendants shall file their response to Plaintiffs' summary judgment motion no later than 30 days after the entry of such order. (If entered by December 16, an order granting Defendants' motion to suspend summary judgment briefing would, of course, moot this motion for an extension.)

Pursuant to Local Civil Rule 7(m), the undersigned has conferred with counsel for Plaintiffs, who represents that Plaintiffs do not oppose the relief requested herein.

A proposed order is attached.

DATED: December 14, 2016                    Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

JENNIFER D. RICKETTS
Director, Federal Programs Branch

SHEILA M. LIEBER
Deputy Director, Federal Programs Branch

 /s/ Matthew J. Berns
MATTHEW J. BERNS
Trial Attorney (D.C. Bar No. 998094)
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-8016
Email: matthew.j.berns@usdoj.gov

*Counsel for Defendants*