IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE and<br>OKLAHOMA WESLEYAN UNIVERSITY,<br><br>      Plaintiffs,<br><br>  v.<br><br>CATHERINE E. LHAMON, in her official capacity as Assistant Secretary for Civil Rights, United States Department of Education, *et al.*,<br><br>      Defendants. | Case No. 1:16-cv-01158 (RC) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Before the Court is Defendants' Unopposed Motion for Extension of Time to File Response to Plaintiffs' Motion for Summary Judgment. For good cause shown, the motion is hereby GRANTED.

The Court hereby ORDERS that the December 16, 2016 deadline for Defendants' response to Plaintiffs' Motion for Summary Judgment is vacated; and

The Court further ORDERS that, if the Court issues an order denying Defendants' Motion to Suspend Briefing on Plaintiffs' Motion for Summary Judgment [ECF No. 23], Defendants shall respond to Plaintiffs' Motion for Summary Judgment no later than 30 days after the entry of such order.

SO ORDERED.

Date:

                                              Hon. Rudolph Contreras
                                              UNITED STATES DISTRICT JUDGE