# Exhibit 4

# OKWU's Stipulation to Authenticity of Party Statements

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE and<br>OKLAHOMA WESLEYAN UNIVERSITY,<br><br>            Plaintiffs,<br><br>   v.<br><br>CATHERINE E. LHAMON, in her official capacity as Assistant Secretary for Civil Rights, United States Department of Education, *et al.*,<br><br>            Defendants. | Case No. 1:16-cv-01158 (RC) |

**STIPULATION TO AUTHENTICITY OF PARTY STATEMENTS**

Plaintiff Oklahoma Wesleyan University ("OKWU") hereby stipulates to the authenticity of the following documents, true and correct excerpts of which appear on pages 13 to 16 of the Memorandum in Support of Defendants' Motion to Dismiss the Amended Complaint (Sept. 1, 2016), ECF No. 19-1:

1. The May 2016 Web Post

2. The May 2016 Radio Interview

3. The August 2016 Press Release

4. The August 2016 Radio Interview

OKWU further stipulates that Dr. Everett Piper's statements in the excerpted portions of the May 2016 Web Post, the May 2016 Radio Interview, and the August 2016 Radio Interview are statements that Dr. Piper made during his employment as President of OKWU on matters within the scope of such employment.

– 1 –

– 2 –

DATED:  December 16, 2016

Respectfully submitted,

_____/s/_____
Justin Dillon (DC Bar No. 502322)
Christopher C. Muha (DC Bar No. 987116)
KAISERDILLON PLLC
1401 K Street NW, Suite 600
Washington, D.C. 20005
T: (202) 640-2850
F: (202) 280-1034
jdillon@kaiserdillon.com
cmuha@kaiserdillon.com

*Attorneys for Plaintiffs*