### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE and<br>OKLAHOMA WESLEYAN UNIVERSITY,<br><br>    Plaintiffs,<br><br>  v.<br><br>CANDICE JACKSON, in her official capacity as Acting Assistant Secretary for Civil Rights, United States Department of Education, *et al.*,<br><br>    Defendants. | Case No. 1:16-cv-01158 (RC) |

### JOINT STATUS REPORT

The parties respectfully submit this Joint Status Report in response to the Court's Minute Order of December 11, 2017, which directed the parties to file another Joint Status Report by January 19, 2018. The parties continue to discuss how to proceed in light of the withdrawal of the 2011 Dear Colleague Letter, and respectfully propose that they file another Joint Status Report by February 23, 2018.

    //

– 2 –

| | |
|---|---|
| DATED:  January 18, 2018 | Respectfully submitted, |
| /s/ | CHAD A. READLER |
| Justin Dillon (D.C. Bar No. 502322) | Acting Assistant Attorney General |
| Christopher C. Muha (D.C. Bar No. 987116) | |
| KAISERDILLON PLLC | JESSIE K. LIU |
| 1401 K Street NW, Suite 600 | United States Attorney |
| Washington, DC 20005 | |
| T: (202) 640-2850 | JENNIFER D. RICKETTS |
| F: (202) 280-1034 | Director |
| jdillon@kaiserdillon.com | Federal Programs Branch |
| cmuha@kaiserdillon.com | |
| | CARLOTTA P. WELLS |
| *Attorneys for Plaintiffs* | Assistant Director |
| | Federal Programs Branch |
| | /s/ Matthew J. Berns |
| | MATTHEW J. BERNS |
| | Trial Attorney (D.C. Bar No. 998094) |
| | Federal Programs Branch |
| | U.S. Department of Justice, Civil Division |
| | 20 Massachusetts Avenue NW |
| | Washington, D.C. 20530 |
| | Telephone:  (202) 616-8016 |
| | Email:  matthew.j.berns@usdoj.gov |
| | *Counsel for Defendants* |