**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JOHN DOE and
OKLAHOMA WESLEYAN UNIVERSITY,

      Plaintiffs,

    v.

CANDICE JACKSON, in her official capacity
as Acting Assistant Secretary for Civil Rights,
United States Department of Education, *et al.*,

      Defendants.

Case No. 1:16-cv-01158 (RC)

**NOTICE OF SUBSTITUTION OF COUNSEL**

Defendants respectfully request that the Clerk of the Court enter the appearance of

Chetan A. Patil on their behalf, and withdraw the appearance of Matthew J. Berns as their

Counsel in the above-captioned matter.

Dated:  February 8, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JESSIE K. LIU
United States Attorney

JENNIFER D. RICKETTS
Director
Federal Programs Branch

CARLOTTA P. WELLS
Assistant Director
Federal Programs Branch

 /s/ Chetan A. Patil
CHETAN A. PATIL
Trial Attorney (D.C. Bar No. 999948)
Federal Programs Branch
U.S. Department of Justice, Civil Division

– 1 –

– 2 –

20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone:  (202) 305-4968
Email:  chetan.patil@usdoj.gov

*Counsel for Defendants*