**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE and<br>OKLAHOMA WESLEYAN UNIVERSITY,<br><br>       Plaintiffs,<br><br>   v.<br><br>CANDICE JACKSON, in her official capacity as Acting Assistant Secretary for Civil Rights, United States Department of Education, *et al.*,<br><br>       Defendants. | Case No. 1:16-cv-01158 (RC) |

**STIPULATION OF DISMISSAL**

Plaintiffs in this action challenged a guidance document issued by the Department of Education's Office for Civil Rights in 2011 (the "2011 Dear Colleague Letter"). On September 22, 2017, after the action was commenced, the Office for Civil Rights issued a new Dear Colleague Letter stating that "the Department of Education is withdrawing the statements of policy and guidance reflected in" the 2011 Dear Colleague Letter and a related 2014 Questions and Answers document and "will not rely on the withdrawn documents in its enforcement of Title IX." A copy of the Dear Colleague Letter withdrawing the earlier guidance is attached.

The parties hereby stipulate to dismissal of this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each side to bear its own attorneys' fees and costs.

//

– 2 –

| | |
|---|---|
| DATED:  February 21, 2017 | Respectfully submitted, |
| /s/ Justin Dillon | CHAD A. READLER |
| Justin Dillon (D.C. Bar No. 502322) | Principal Deputy Assistant Attorney General |
| Christopher C. Muha (D.C. Bar No. 987116) | |
| KAISERDILLON PLLC | JESSIE K. LIU |
| 1401 K Street NW, Suite 600 | United States Attorney |
| Washington, DC 20005 | |
| T: (202) 640-2850 | JENNIFER D. RICKETTS |
| F: (202) 280-1034 | Director |
| jdillon@kaiserdillon.com | Federal Programs Branch |
| cmuha@kaiserdillon.com | |
| | CARLOTTA P. WELLS |
| *Attorneys for Plaintiffs* | Assistant Director |
| | Federal Programs Branch |
| |  /s/ Chetan A. Patil |
| | CHETAN A. PATIL |
| | Trial Attorney (D.C. Bar No. 999948) |
| | Federal Programs Branch |
| | U.S. Department of Justice, Civil Division |
| | 20 Massachusetts Avenue NW |
| | Washington, D.C. 20530 |
| | Telephone:  (202) 305-4968 |
| | Email:  chetan.patil@usdoj.gov |
| | *Counsel for Defendants* |